UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PETER (PANAGIOTI) TSOLKAS,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY DALTON SUMNER,<br><br>    Defendants. | Case No. 3:23-cv-01428-BJD-PDB |

**NOTICE OF APPEARANCE**

Please take notice that Joshua Tarjan of The Tarjan Law Firm P.A. appears as co-counsel (with James M. Slater of Slater Legal PLLC) on behalf of Plaintiff Peter Tsolkas. Slater Legal PLLC will continue to serve as lead counsel.

The certificate of service for all pleadings, orders, and other papers in this action should include **Joshua Tarjan** at The Tarjan Law Firm P.A., 12372 SW 82 Avenue, Pinecrest, FL 33156 and josh@tarjanlawfirm.com.

Dated: December 29, 2023.

Respectfully submitted,

*/s/ Joshua Tarjan*

                      Joshua Tarjan (FBN 107092)
                      The Tarjan Law Firm P.A.
                      12372 SW 82 Avenue
                      Pinecrest, FL 33156
                      (305) 423-8747
                      (323) 243-3186 (cell)
                      (786) 842-4430 (fax)
                      josh@tarjanlawfirm.com

                      *Co-counsel for Plaintiff*