UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PETER (PANAGIOTI) TSOLKAS,<br><br>　　Plaintiff,<br><br>v.<br><br>DEPUTY DALTON SUMNER,<br><br>　　Defendant. | Case No. 3:23-cv-01428-WWB-PDB |

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), Plaintiff Peter (Panagioti) Tsolkas gives notice that he will be represented by James M. Slater of Slater Legal PLLC as lead counsel.

Dated: January 4, 2024.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ James M. Slater*
　　　　　　　　　　　　　　　　　　　　James M. Slater (FBN 111779)
　　　　　　　　　　　　　　　　　　　　Slater Legal PLLC
　　　　　　　　　　　　　　　　　　　　113 S. Monroe Street
　　　　　　　　　　　　　　　　　　　　Tallahassee, Florida 32301
　　　　　　　　　　　　　　　　　　　　james@slater.legal
　　　　　　　　　　　　　　　　　　　　Tel. (305) 523-9023

-and-

Joshua Tarjan (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, Florida 33156
josh@tarjanlawfirm.com
Tel. (305) 423-8747

*Attorneys for Plaintiff*