UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**PETER (PANAGIOTI) TSOLKAS,**

    Plaintiff,                             <u>UNOPPOSED</u>

v.                                            Case No.: 3:23-cv-01428-WWB-PDB

**DEPUTY DALTON SUMNER,**

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, DEPUTY DALTON SUMNER, through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 3.01, moves to extend the time to respond to Plaintiff's Complaint up to and including January 19, 2024, and, as support, states:

    1.    Plaintiff filed his Complaint in this Court on December 6, 2023.

    2.    Plaintiff's three-count Complaint contains two claims under Section 1983 and one count under Florida law, all of which relate to Plaintiff's arrest on December 6, 2020.

    3.    The current deadline for the Defendant to respond to Plaintiff's Complaint is January 5, 2024.

    4.    Due to counsel for the Defendant being recently retained and not having all of the records and evidence described in the Complaint, the undersigned seeks

additional time to evaluate the facts and legal claims and prepare an appropriate response to Plaintiff's Complaint.

5. Through this motion, the Defendant seeks a two-week extension of time up through January 19, 2024, to file his response.

6. This request is not made for the purpose of undue delay and will not prejudice either party as this case is still in its early stages.

WHEREFORE, Deputy Dalton Sumner respectfully requests this Honorable Court grant the instant motion and extend the time to file a response to Plaintiff's Complaint to January 19, 2024.

## LOCAL RULE 3.01(g) CONFERRAL

The undersigned conferred with Plaintiffs' counsel, James Slater, on January 5, 2024, regarding the relief sought in this Motion, and represents that there is no opposition to the relief requested.

Dated this 5th day of January, 2024.

Respectfully submitted,

*/s/ Michael P. Spellman*
**MICHAEL P. SPELLMAN (Lead Counsel)**
Florida Bar No. 937975
E-mail: mspellman@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Attorney for the Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 5th day of January, 2024, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, Jacksonville Division using the CM/ECF system.

/s/ *Michael P. Spellman*
**MICHAEL P. SPELLMAN**