UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**PETER (PANAGIOTI) TSOLKAS,**

    **Plaintiff,**

v.                                       Case No.: 3:23-cv-01428-WWB-PDB

**DEPUTY DALTON SUMNER,**

    **Defendant.**
_____/

### DISCLOSURE STATEMENT PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant, **DEPUTY DALTON SUMNER**, through undersigned counsel, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **There is no such corporation.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220

**N/A.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   a. **Peter (Panagioti) Tsolkas – Plaintiff**

   b. **James M. Slater – Counsel for Plaintiff**

   c. **Joshua Tarjan – Counsel for Plaintiff**

   d. **Deputy Dalton Sumner – Defendant**

   e. **Michael P. Spellman – Counsel for Defendant**

   f. **Matthew J. Carson – Counsel for Defendant**

   g. **Christen A. Petruzzelli – Counsel for Defendant**

   h. **Sniffen & Spellman, P.A. – Counsel for Defendant**

   i. **Florida Sheriff's Risk Management Fund**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **None.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   **None.**

---

(11th Cir. 2017); <u>D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra</u>, 661 F.3d 124, 125-27 (1st Cir. 2011).

6. Identify each person arguably eligible for restitution:

**None.**

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated this 5th day of January, 2024.

        Respectfully submitted,

        */s/ Michael P. Spellman*
        **MICHAEL P. SPELLMAN (Lead Counsel)**
        Florida Bar No. 937975
        E-mail: mspellman@sniffenlaw.com

        **SNIFFEN & SPELLMAN, P.A.**
        123 North Monroe Street
        Tallahassee, Florida 32301
        Telephone: (850) 205-1996
        Facsimile: (850) 205-3004

        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 5th day of January, 2024, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, Jacksonville Division using the CM/ECF system.

        */s/ Michael P. Spellman*
        **MICHAEL P. SPELLMAN**