UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**PETER (PANAGIOTI) TSOLKAS,**

    **Plaintiff,**

**v.**                                                        **Case No.: 3:23-cv-01428-WWB-PDB**

**DEPUTY DALTON SUMNER,**

    **Defendant.**

_____/

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel of record for Defendant DEPUTY DALTON SUMNER. All correspondence, pleadings, notices, and other materials filed or issued in this cause should be directed to the undersigned as counsel of record at the address listed below.

Dated this 5th day of June, 2024.

                                          Respectfully submitted,

                                          */s/ Matthew J. Carson*
                                          **MATTHEW J. CARSON**
                                          Florida Bar No. 0827711
                                          E-mail: mcarson@sniffenlaw.com

                                          **SNIFFEN & SPELLMAN, P.A.**
                                          123 North Monroe Street
                                          Tallahassee, Florida 32301
                                          Telephone: (850) 205-1996
                                          Facsimile: (850) 205-3004
                                          *Attorney for the Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 5th day of June, 2024, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, Jacksonville Division using the CM/ECF system.

*/s/ Matthew J. Carson*
**MATTHEW J. CARSON**