UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PETER (PANAGIOTI) TSOLKAS,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY DALTON SUMNER,<br><br>    Defendant. | Case No. 3:23-cv-01428-WWB-PDB |

### Plaintiff's Notice of Mediation

Previously the parties identified their agreement to mediate this matter with Thomas H. Bateman, III of Messer Caparello, P.A. (Docs. 17 at 2 & 18 at 2). Plaintiff Peter (Panagioti) Tsolkas now provides notice that the parties will conduct mediation with Mr. Bateman via videoconference on October 17, 2024 commencing at 9:00 a.m. eastern time.

Dated: September 11, 2024

                                                                  Respectfully submitted,

                                                                  */s/ James M. Slater*
                                                                  James M. Slater (FBN 111779)
                                                                  Slater Legal PLLC
                                                                   2296 Henderson Mill Rd NE #116
                                                                  Atlanta, GA 30345
                                                                  james@slater.legal
                                                                  Tel. (305) 523-9023

                                                                  Joshua Tarjan (FBN 107092)
                                                                  The Tarjan Law Firm P.A.
                                                                  12372 SW 82 Avenue

Pinecrest, Florida 33156
josh@tarjanlawfirm.com
Tel. (305) 423-8747

*Attorneys for Plaintiff Tsolkas*