UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PETER (PANAGIOTI) TSOLKAS,

    Plaintiffs,

v.                                            Case No. 3:23-CV-01428-WWB-PDB

DEPUTY DALTON SUMNER,

    Defendants.

_____

# MEDIATION REPORT

The parties held a mediation conference on October 17, 2024, and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:

☒    lead counsel

☒    the parties or a party's surrogate satisfactory to the mediator

☒    any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____

_____

_____

## 2. Outcome

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

- ☐ The parties completely settled the case.
- ☐ The parties partially settled the case. The following issues remain:

  _____
  _____
  _____
  _____

- ☐ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

- ☒ The parties have reached an impasse.

*s/ Thomas H. Bateman III*
Thomas H. Bateman III
Mediator
Fla. Bar No. 349781
Certified Circuit Civil
Mediator No. 21641 CRA
**Messer Caparello, P.A.**
2618 Centennial Place
Tallahassee, FL 32308
850-222-0720