UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PETER (PANAGIOTI) TSOLKAS,

      Plaintiff,

v.                                      Case No.: 3:23-cv-01428-WWB-PDB

DEPUTY DALTON SUMNER,

      Defendant.

_____/

### DEFENDANT'S NOTICE OF FILING DOCUMENTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant DEPUTY DALTON SUMNER, through undersigned counsel, files the following documents in support of his motion for final summary judgment:

1.    FIBRS Incident Report Number BCSO20OFF002510

2.    Deposition of Deputy Dalton Sumner taken October 7, 2024 (excerpts)

3.    Call History Record, Incident Number LEA20CAD016146

4.    Deputy Sumner's Body-worn Camera Footage from December 6, 2020
File Name: DaltonSumner_202012061621_WFC1010551_63611065
(to be submitted via flash drive)

5.    Deposition of Plaintiff Peter (Panagioti) Tsolkas taken October 2, 2024 (excerpts)

6.    Cell Phone Video from December 6, 2020
File Name: Video Dec 06 2020, 4 28 26 PM
(to be submitted via flash drive).

7.    Judgment and Sentence, Bradford County Case No. 20 MM 1051

Dated this 3rd day of December, 2024.

Respectfully submitted,

*/s/ Matthew J. Carson*
**MATTHEW J. CARSON**
Florida Bar Number: 0827711
mcarson@sniffenlaw.com
**MICHAEL P. SPELLMAN**
Florida Bar Number: 0937975
mspellman@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of December, 2024, a true and correct copy of the foregoing was electronically filed in the US District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Matthew J. Carson*
**MATTHEW J. CARSON**

2