

# FIBRS Incident Report

BRADFORD COUNTY SHERIFFS OFFICE
945B N. TEMPLE AVE
STARKE, FL 32091

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 12/6/2020 5:14:55 PM | BCSO20OFF002510 (1) | BCSO20OFF002510 / LEA20CAD016146 | CORPORAL / 5404 | SUMNER, DALTON |
| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: Closed |
|  | 12/6/2020 4:08:21 PM | 12/06/2020 16:08:21 - 12/06/2020 16:08:21 |  | Clearance: ARREST |
| Offense Description | | | | |
| 55 TRESPASS | | | | |

## LOCATION(S)

| County | Location Type | Location Description | | | | | |
|---|---|---|---|---|---|---|---|
| BRADFORD | INCIDENT LOCATION | | | | | | |
| Street Number | Street | | Apt/Lot/Bldg | City | State | Zip Code | Phone Number / Ext. |
| 23916 | NW 83RD AVE | | | RAIFORD | FL | 32083 | |

## INVESTIGATION

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## Person: SUSPECT

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| DANIELLE | MEME | CHANZES | | HISPANIC | FEMALE | 506 | 0 | | |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| BCSO20MNI009817 | | | 27 | | | FL | |

Place of Birth: , ,

Occupations
• / / /

## Person: SUSPECT

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| PETER | EVAN | TSOLKAS | | WHITE | MALE | 508 | 0 | | |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| BCSO20MNI009818 | | | 39 | | | FL | |

Place of Birth: , ,

Occupations
• / / /

Addresses
• RESIDENCE / 822 N C ST, LAKE WORTH, FL 33460 /

BCSO-Tsolkas 000001

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 12/6/2020 5:14:55 PM | BCSO20OFF002510 (1) | BCSO20OFF002510 / LEA20CAD016146 | CORPORAL / 5404 | SUMNER, DALTON |
| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: Closed |
|  | 12/6/2020 4:08:21 PM | 12/06/2020 16:08:21 - 12/06/2020 16:08:21 |  | Clearance: ARREST |
| Offense Description | | | | |
| 55 TRESPASS | | | | |

### Business: VICTIM

| Business Name | MBI # | Phone Number 1 | Ext 1 | Phone Number 2 | Ext 2 |
|---|---|---|---|---|---|
| FLORIDA STATE PRISON | BCSO10MBI000071 | 904-368-2500 | | | |

| County | Street Number | Address | Apt/Lot/Bldg | City | State | Zip Code |
|---|---|---|---|---|---|---|
| BRADFORD | 23916 | NW 83RD AVE | | RAIFORD | FL | 32083 |

Other Information

### Charge: DAMAGE PROP-CRIM MISCH

| Counts | Charge | Arrest Offense Code Description |
|---|---|---|
| 1 | 806.13.1b3 | DAMAGE PROP-CRIM MISCH |

| Charge Degree | Charge Level | General Offense Code |
|---|---|---|
| THIRD | FELONY | COMMITTED |

Charge Description
**1000 DOLS OR MORE**

UCR Code / UCR Description
• NR / NOT REPORTABLE

### Charge: TRESPASSING

| Counts | Charge | Arrest Offense Code Description |
|---|---|---|
| 1 | 810.09.2b | TRESPASSING |

| Charge Degree | Charge Level | General Offense Code |
|---|---|---|
| FIRST | MISDEMEANOR | COMMITTED |

Charge Description
**FAIL TO LEAVE PROPERTY UPON ORDER BY OWNER**

UCR Code / UCR Description

### Charge: RESIST OFFICER

| Counts | Charge | Arrest Offense Code Description |
|---|---|---|
| 1 | 843.02 | RESIST OFFICER |

| Charge Degree | Charge Level | General Offense Code |
|---|---|---|
| FIRST | MISDEMEANOR | ATTEMPTED |

Charge Description
**OBSTRUCT WO VIOLENCE**

UCR Code / UCR Description

### Narrative: SUPPLEMENTAL

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 12/6/2020 5:14:55 PM | BCSO20OFF002510 (1) | BCSO20OFF002510 / LEA20CAD016146 | CORPORAL / 5404 | SUMNER, DALTON |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: Closed |
|---|---|---|---|---|
|  | 12/6/2020 4:08:21 PM | 12/06/2020 16:08:21 - 12/06/2020 16:08:21 |  | Clearance: ARREST |

| Offense Description |
|---|
| 55 TRESPASS |

| Narrative Date/Time | Narrative Synopsis |  |  |  |
|---|---|---|---|---|
| 12/6/2020 5:51:49 PM |  |  |  |  |
| Reporting Officer | | Officer Rank | Officer ID No | Officer Org/Unit |
| HULLENDER, ROBERT S | | SERGEANT | 5362 | BCSO\PATR |
| Officer Signature | | Officer Agency | | |
| | | BRADFORD COUNTY SHERIFFS OFFICE | | |

On Sunday, December 6, 2020 at approximately 1621 hours I (Sgt. Hullender) responded to Florida State Prison in reference to a large group of trespassers at Florida State Prison. Dispatch advised the individuals trespassing were also setting off fireworks and throwing paint on the property. When I arrived I began attempting to get the crowd to disburse and gave loud verbal commands to a white female with a microphone to leave or she would be arrested. The unknown female then responded by shouting vulgarities at me stating "Fuck You I'm not leaving" and refused to leave. She was then detained in handcuffs without incident and placed in the rear of Deputy Desue's patrol vehicle. I then asked the female what her name was which she stated she was not giving it to me. I then informed the female that she was under arrest for trespassing, resisting without violence and Criminal Mischief for throwing paint in the parking lot as well as spray painting the archway at FSP. Photos attached

The unknown white female was identified as (Danielle Chanzes).

Narrative: INITIAL

| Narrative Date/Time | Narrative Synopsis |  |  |  |
|---|---|---|---|---|
| 12/6/2020 6:34:38 PM |  |  |  |  |
| Reporting Officer | | Officer Rank | Officer ID No | Officer Org/Unit |
| SUMNER, DALTON | | CORPORAL | 5404 | BCSO\PATR |
| Officer Signature | *D Sumner* | Officer Agency | | |
| | | BRADFORD COUNTY SHERIFFS OFFICE | | |

On December 6th 2020, at approximately 1621 hours, I, D/S Sumner responded to 23916 NW 83rd Ave in (Florida State Prison) in reference to a disturbance with multiple protestors (approximately 40).

Upon arrival I observed several people holding signs and chanting "burn it down", there was a sign hung on the archway stating "next step, we burn it down", I also observed red paint across the entrance way.

At this time, I began to give commands over my marked patrol unit PA system, the crowd was given several commands to leave the premises. The majority of the crowd began to disperse. At this time there were several people refusing to leave. I then came into contact with a middle-aged white male, who was given several verbal warnings to leave the property. The male refused, at this time I attempted to detain him at which time he began to walk away from me. Eventually contact was made with the male who was placed into handcuffs. I then began to walk the male to my marked patrol unit at which time he refused to walk and picked his legs up, at this time I relocated him to the ground, at this time Sgt. Hullender assisted me in picking him up to transport him to my car, the male still refused to walk.

| Report Date / Time<br>12/6/2020 5:14:55 PM | Report Number<br>BCSO20OFF002510 (1) | Report Case/CAD Number<br>BCSO20OFF002510 /<br>LEA20CAD016146 | Reporting Officer Rank / ID<br>CORPORAL / 5404 | Reporting Officer Name<br>SUMNER, DALTON |
|---|---|---|---|---|
| Originating Agency ORI | Reported to Agency Date<br>12/6/2020 4:08:21 PM | Occur Date Range<br>12/06/2020 16:08:21 -<br>12/06/2020 16:08:21 | Jurisdiction | Status:   Closed<br>Clearance:   ARREST |
| Offense Description<br>55 TRESPASS | | | | |

At this time the male was identified as Peter Tsolkas via his Florida driver license.

It should be noted that Peter had a laceration to his left shoulder. Peter was transported to North Florida medical center to receive treatment for his injury.

==Peter is being charged with trespassing after warning.== Resisting without violence, criminal mischief over $1,000.00.

**Officer: Approving Supervisor (Supplement 1)**

| Officer Name | Officer Rank | Officer ID No | Officer Agency |
|---|---|---|---|
| CHESTER, THOMAS | CORPORAL | 5504 | BRADFORD COUNTY SHERIFFS OFFICE |
| Approval Date / Time<br>6/1/2021 10:38:00 AM | Officer Signature | | |

| Sup # | Officer Name<br>Rank / ID # | | Involvement On Report /<br>Reporting Role | Officer Agency<br>Org/Unit |
|---|---|---|---|---|
| 1 | SUMNER, DALTON<br>CORPORAL | 5404 | REPORTING OFFICER /<br>REPORTING OFFICER | BRADFORD COUNTY SHERIFFS OFFICE<br>BCSO\PATROL |
| 1 | CHESTER, THOMAS<br>CORPORAL | 5504 | CASE SUPERVISOR /<br>APPROVING SUPERVISOR | BRADFORD COUNTY SHERIFFS OFFICE<br>BCSO\PATROL |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the above named Defendant, committed violation(s), of law, on the below date(s) and time(s), as listed in the narratives associated with this report:

**Officer: Reporting Officer (Supplement1)**

| Officer Name<br>SUMNER, DALTON | Office Rank<br>CORPORAL | Officer ID No<br>5404 | Sworn and subscribed before me, the undersigned authority<br>This the _____ day of _____, _____<br>DEPUTY OF THE COURT, NOTARY OR LAW ENFORCEMENT OFFICER |
|---|---|---|---|
| Officer Agency<br>BRADFORD COUNTY SHERIFFS OFFICE | | | |
| Officer Signature | | | |