```
 1   UNITED STATES DISTRICT COURT
 2   MIDDLE DISTRICT OF FLORIDA
 3   JACKSONVILLE DIVISION
 4   CASE NO.: 3:23-cv-1428-WWB
 5
 6   PETER (PANAGIOTI) TSOLKAS,
 7   Plaintiff,
 8
 9   V.
10
11   DEPUTY DALTON SUMNER,
12   Defendant.
13
14   DEPONENT:   DEPUTY DALTON SUMNER
15   DATE:       OCTOBER 7, 2024
16   REPORTER:   LANNAH TEAGUE
17
18
19
20
21
22
23
24
25
```

**COPY**

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

```
 1                        APPEARANCES

 2   ON BEHALF OF THE PLAINTIFF, PETER (PANAGIOTI) TSOLKAS:
     James M. Slater, Esquire
 3   Slater Legal, PLLC
     113 South Monroe Street
 4   Tallahassee, Florida 32301
     Telephone No.: (305) 523-9023
 5   E-mail: james@slater.legal
     (Appeared via videoconference)
 6
     And
 7
     Joshua Tarjan, Esquire
 8   The Tarjan Law Firm, P.A.
     12372 Southwest 82 Avenue
 9   Pinecrest, Florida 33156
     Telephone No.: (305) 423-8747
10   E-mail: josh@tarjanlawfirm.com
     (Appeared via videoconference)
11
     ON BEHALF OF THE DEFENDANT, DEPUTY DALTON SUMNER:
12   Matthew Joseph Carson, Esquire
     Sniffen & Spellman, P.A.
13   123 North Monroe Street
     Tallahassee, Florida 32301
14   Telephone No.: (850) 205-1996
     E-mail: mcarson@sniffenlaw.com
15   (Appeared via videoconference)

16

17

18

19

20

21

22

23

24

25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1                          INDEX
 2                                                     Page
 3  PROCEEDINGS                                          5
 4  DIRECT EXAMINATION BY MR. SLATER                     6
 5  CROSS-EXAMINATION BY MR. CARSON                     84
 6
 7                         EXHIBITS
 8  Exhibit                                            Page
 9     1      FIBRS Incident Report                     19
10     2      Deputy Sumner's Bodyworn Camera           27
11            Footage
12     3      Dec 06, 2020, 4 28 26 PM                  49
13     4      Limits Of Authority                       58
14     5      Mass Arrests Policy                       60
15     6      Response To Resistance                    74
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1                       STIPULATION
 2

 3  The deposition of DALTON SUMNER was taken at MILESTONE
 4  REPORTING COMPANY, 315 EAST ROBINSON STREET, SUITE 510,
 5  ORLANDO, FLORIDA 32801, via videoconference in which all
 6  participants attended remotely, on MONDAY the 7th day of
 7  OCTOBER 2024 at 10:02 a.m. (ET); said deposition was
 8  taken pursuant to the FEDERAL Rules of Civil Procedure.
 9
10  It is agreed that LANNAH TEAGUE, being a Notary Public
11  and Court Reporter for the State of FLORIDA, may swear
12  the witness and that the reading and signing of the
13  completed transcript by the witness is not waived.
14
15
16
17
18
19
20
21
22
23
24
25
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                PROCEEDINGS
 2           THE REPORTER:  The time is 10:02 a.m.  We are
 3      now on the record.  Will all parties except for the
 4      witness please state your appearance, how you are
 5      attending, and your location?
 6           MR. SLATER:  This is James Slater on behalf of
 7      Plaintiff, Peter Panagioti Tsolkas.  I'm appearing
 8      virtually from Atlanta, Georgia.
 9           MR. TARJAN:  This is Josh Tarjan.  I'm Mr.
10      Slater's co-counsel, and I'm appearing from Miami.
11           MR. CARSON:  And I'm Matt Carson.  I'm with
12      Sniffen & Spellman.  I'm in Tallahassee, Florida,
13      and we represent Dalton Sumner.
14           THE REPORTER:  Thank you all.  Mr. Sumner,
15      will you please state your full name for the
16      record?
17           THE WITNESS:  Dalton Sumner.
18           THE REPORTER:  Thank you, sir.  Mr. Sumner,
19      will you please hold up your ID to the camera?
20      Thank you, sir.  Do all parties agree that the
21      witness is, in fact, Mr. Sumner?
22           MR. SLATER:  Yes.
23           MR. CARSON:  Yes.
24           THE REPORTER:  Thank you.  Mr. Sumner, will
25      you please raise your right hand for me?  Thank
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1  Office at the top of Page 1.  It is Bates stamp BCSO
2  Tsolkas 001 through zero zero -- a bunch of zeros, 13,
3  so one through 13.  And I'll represent to you that this
4  was produced by your attorney in this case.  And I'm
5  just going to go through it very slowly right now, so
6  you can just take a look and make sure we're thinking
7  about and talking about the same thing.
8          So, on Page 3, what's Bates stamped Page 3,
9  we have a narrative from Robert Hullender at the
10 bottom.  A narrative from you, Mr. Sumner.  And then on
11 Page 4, a narrative from Corporal Thomas.  I'm just
12 going to keep going through it.  Okay.  And then on
13 Page 8, the document is now called call history record.
14 Do you see that?
15      A.  I do.
16      Q.  Okay.  What is a -- what is a call history
17 record?
18      A.  That's referred to as CAD, so that's what our
19 -- our computer screens show.  And that's -- I mean,
20 it's in a different format on our computer screen, but
21 this is what it looks like when they print it out.
22      Q.  Okay, great.  And then I see on the last
23 page, Page 13, there's -- or I'm sorry, on the last two
24 pages, there's a call history record.  Do you see that?
25      A.  Yep.

```
 1        Q.   Okay.  And would this also be what you see on
 2   your CAD, on your computer in your --
 3        A.   Correct.  Yes, sir.  That would -- correct.
 4   That would be called the CAD notes.
 5        Q.   Okay, great.  So, I'm going to -- I'm going
 6   to just stop here on Page 12 of this document, and just
 7   look -- let's just look through the call history
 8   record.
 9             So, I see here at the top, although it's
10   printed, you know, much later here, it says the date
11   12-6-2020.  That's the date of the protest; is that
12   right?
13        A.   Correct.
14        Q.   Okay.  And here it looks like the -- it's
15   going -- it's going chronologically from 4:08 and 52
16   seconds, or -- and 52 seconds p.m.  Do you see that?
17        A.   Yes, sir.
18        Q.   Okay.  So that appears to be the first entry.
19   And it says, "20 cars blocking both entrances of FSP."
20   Do you see that?
21        A.   I do.
22        Q.   Okay.  And FSP stands for Florida State
23   Prison?
24        A.   Correct.
25        Q.   Okay.  And that's in -- that's in -- that's
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
1   in Bradford County; is that right?
2       A.   That's correct.
3       Q.   Okay.  Do you remember if you received this
4   note while you were -- while you were in your patrol
5   car?
6       A.   I'm sure I did.  I'm sure the dispatcher
7   relayed that information.
8       Q.   Okay.  And this would be -- these notes here,
9   would that be on your computer, or would that be audio
10  through your radio?
11      A.   That would be on the computer, but as well as
12  -- as -- as the dispatchers are typing those notes in,
13  they're also speaking them over the radio to us.
14      Q.   Okay.  All right.  And then I'm seeing here,
15  "Cars are protesting and req LEO."  Does that mean
16  requires law enforcement?
17      A.   Probably requested.  The --
18      Q.   Okay.
19      A.   -- the complainant probably requested law
20  enforcement officers.
21      Q.   Okay.  Do you know who the complainant was in
22  this case?
23      A.   Not off the top of my head, no, sir.
24      Q.   Okay.  And I'm seeing here, around 4:26, it
25  says, "Per FHP has three units 10-51."  Do you see
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1       Q.   All right.  Do you know who that is?
 2       A.   That will be Mr. Desue.
 3       Q.   Desue.
 4            (VIDEO WAS PLAYED)
 5            BY MR. SLATER:
 6       Q.   Okay.  I'm just going to -- I'm going to skip
 7  through a little bit here.
 8            (VIDEO RECORDING PLAYED)
 9          MR. SUMNER:  You have to leave.  All --
10            (VIDEO RECORDING STOPPED)
11            BY MR. SLATER:
12       Q.   All right.
13            (VIDEO RECORDING PLAYED)
14            UNIDENTIFIED SPEAKER:  This is 33 from --
15            (VIDEO RECORDING STOPPED)
16            BY MR. SLATER:
17       Q.   I'm going to -- I'm going to stop here.
18  We're going to start at 1:20 in.
19            (VIDEO RECORDING PLAYED)
20            MR. SUMNER:  This is the Bradford County
21     Sheriff's Office.  You have 30 seconds to leave.
22     You are trespassing.  If you do not leave, you will
23     be arrested, and your cars will be towed.  This is
24     your one and only warning.
25            (VIDEO RECORDING STOPPED)
```



MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

```
 1      Q.    Okay.  Why did you arrest Mr. Tsolkas?
 2      A.    Because he refused my commands to come to me.
 3  At that point, he was -- he was resisting.
 4      Q.    Okay.  Let me go back for a second.  Let's go
 5  back to 6:13.
 6            (VIDEO RECORDING PLAYED)
 7         MR. TSOLKAS:  -- asshole.
 8         MR. SUMNER:  Come here, man.  Come here.
 9            (VIDEO RECORDING STOPPED)
10         BY MR. SLATER:
11      Q.    Okay.  You say come here, man.  After he says
12  something, something asshole, right?
13      A.    That's what it sounds like.  Yes, sir.
14      Q.    Okay.  If he didn't say anything to you,
15  would you have gone, right then and there, to arrest
16  him?
17      A.    I'm not sure.  That -- that didn't happen, so
18  we don't have that -- that to show.
19      Q.    Okay.  Do you arrest any of these people we
20  see over here to the right?
21      A.    I -- it don't appear so.  They appear to be
22  going towards their vehicles.
23      Q.    Mr. Tsolkas is here next to a vehicle, right?
24      A.    I'm not sure if that's his vehicle.
25      Q.    Okay.  But did you know that at the time?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1       A.   No.
 2       Q.   No.  All right.  Let me just go back.  I'm at
 3  6:06.  We have Mr. Tsolkas here again, sort of near
 4  that sort of dark gray, brown sedan, I'm not sure quite
 5  what color it is.  Do you see these folks over here to
 6  the left?
 7       A.   I do.
 8       Q.   Okay.  And we're at timestamp 6:06.  Did you
 9  arrest any of those people?
10       A.   I'm not -- I did not arrest any of those
11  people, no.
12       Q.   Okay.  And you said, you arrested him because
13  he didn't come to you.  Is that -- I'm just trying to
14  remember --
15       A.   Yes.
16       Q.   -- what you said.
17       A.   He -- he -- yeah, he was given an order to
18  come to me, as he was still refusing to leave at that
19  point, which was my directive towards him.  And he
20  still continued to refuse.
21       Q.   It looks like he is leaving, but you're
22  saying because you told him to come here, that, at that
23  point, he was resisting?
24            MR. CARSON:  Object to form.
25            THE WITNESS:  At that point he's walking away
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1      Q.   Okay.  All right.  I'm going to play just a
 2 second here.  So 11 seconds.
 3           (VIDEO WAS PLAYED)
 4           BY MR. SLATER:
 5      Q.   All right.  So I'm just paused here, still 11
 6 seconds.  So now I see you've got your right arm sort
 7 of cupped -- cupping his right arm, and then you stick
 8 your left arm through the sort of slit here between his
 9 arms; you see that?
10      A.   Yes, sir.
11      Q.   Okay.  What -- what's the point of doing
12 that?
13      A.   To -- to apry -- apply pressure to him and --
14 and get him to walk.
15      Q.   Okay.  I'm going to start here again, 11
16 seconds.  All right.  And so now, we're still at 11
17 seconds on the timestamp, but just a few frames after
18 that.
19           It looks like you pull up -- you've got him
20 in that grip that you just described, you -- you're --
21 you kind of stand up a bit to pull him up; is that
22 right?
23      A.   Yes, sir.
24      Q.   Okay.  What's the point of that?
25      A.   It looks like I'm attempting to get him back
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

```
 1  fell?
 2          MR. CARSON:  Object to form.
 3          BY MR. SLATER:
 4     Q.   Let me -- you can answer that.
 5     A.   Yeah.  That -- that's what it looks like.  If
 6  you can play it -- if you can play the video --
 7     Q.   Yeah.
 8     A.   -- and so we can see the whole video?
 9          MR. SLATER:  Let's just -- yeah, let's just
10     play it.  We'll start here at zero seconds, and it
11     looked like there was 15 seconds -- 15 seconds is
12     when that was what we were just discussing.  So
13     let's just play that.  So, starting at zero.
14          (VIDEO RECORDING PLAYED)
15          UNIDENTIFIED SPEAKER:  We were leaving.  Why
16     are you -- they were going to their car --
17          (VIDEO RECORDING STOPPED)
18          BY MR. SLATER:
19     Q.   Okay.  So it stopped at 16 seconds.  So
20  you're saying that you just fell on him?
21     A.   Yeah.  As he relinquished his legs again, it
22  appears that I -- my footwork appeared to be tripping
23  with him.  It also appears there's a little bit of a
24  slope as -- as a ditch right there.
25     Q.   Okay.  You're not pushing him to the ground?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
1                (VIDEO WAS PLAYED)
2             THE WITNESS:  No.  There was -- there was no
3      force added there.
4             BY MR. SLATER:
5        Q.   Okay.  Did you fall -- literally fall on top
6   of him?
7        A.   What it appears, according to the video, it
8   looks like I lost my footing as well.
9        Q.   But did you fall to the ground, or were you
10  still on your feet?
11       A.   Obviously not.  I'm still somewhat up.
12       Q.   Okay.  I'm just going to -- 15 seconds.
13            (VIDEO WAS PLAYED)
14            BY MR. SLATER:
15       Q.   So that point -- I just played 15 seconds.
16  That point right there.
17       A.   Yes.
18       Q.   Right there where I paused at 15 seconds, is
19  it your position, sitting here today, that you fell on
20  him, you didn't push him?
21       A.   That's correct.  He -- as you can see in the
22  video, my footwork was not very -- very stable either
23  when he relinquished his legs.
24       Q.   Okay.  Is there a reason why, when he went to
25  the ground by the bed of that truck, that you decided
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900
www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

```
 1  violations.  And I'm looking here.  It says he was
 2  arrested, charged with trespassing after warning,
 3  resisting without violence, and criminal mischief over
 4  $1,000.
 5       A.   Correct.
 6       Q.   Okay.  And resisting without violence, is
 7  that when you told him to come to you and he didn't
 8  come to you?
 9       A.   When I told him to come to me and he didn't
10  come to me, when he refused to walk, when he refused to
11  get up.
12       Q.   Well, he was already arrested when he refused
13  to walk and refused to get up.
14       A.   He's still resisting at that point.
15       Q.   Sorry.  Is there anything else you want to
16  say about what happened at Florida State Prison that
17  day that I haven't asked you about?
18       A.   No, sir.
19            MR. CARSON:  Object to form.
20            BY MR. SLATER:
21       Q.   When you when you told me earlier that you
22  thought it was okay to -- you thought it was okay to
23  push him, would that be because he called you an
24  asshole or a fucking pig?
25       A.   No, sir.  I did not act upon any emotions.
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900    www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

```
 1                    CERTIFICATE OF OATH
 2
 3
 4  STATE OF FLORIDA
 5  COUNTY OF ORANGE
 6
 7
 8       I, the undersigned, certify that the witness in
 9  the foregoing transcript personally appeared before me
10  and was duly sworn.
11
12  Identification:  Produced Identification
13
14
15
16            [signature: Lannah Teague]
17            _____
18            LANNAH E. TEAGUE
19            Court Reporter, Notary Public
20            Commission Expires: 08/12/2028
21            Commission No. HH 581172
22
23
24
25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
                    C E R T I F I C A T E
```

I, LANNAH E. TEAGUE, Court Reporter and Notary Public, do hereby certify that I was authorized to and did report the foregoing proceeding, and that said transcript is a true record of the said proceeding.

I FURTHER CERTIFY that I am not of counsel for, related to, or employed by any of the parties or attorneys involved herein, nor am I financially interested in said action.

Submitted on: October 16, 2024.

*Lannah Teague*
_____
LANNAH E. TEAGUE
Court Reporter, Notary Public


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900     www.MILESTONEREPORTING.com
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS