

# BRADFORD COUNTY SHERIFFS OFFICE
## CALL HISTORY RECORD

Page 1 of 6
Printed By: KMUELLER
Printed On: 09/21/2022 19:58:46

### DISPATCH TO LOCATION

**Address:** 23916 NW 83RD AVE
FLORIDA STATE PRISON (MAIN) X2[NW 86TH LN]

| Cross Street | City | Incorporated? | State | County | Zip Code |
|---|---|---|---|---|---|
| | RAIFORD | No | FL | BRADFORD | 32083 |

| Latitude | Longitude | National Grid |
|---|---|---|
| 30.05863 | -82.18374 | |

| District | Fire | EMS | Wrecker |
|---|---|---|---|
| BCSO | HSFD | BEMS | BRAD |

### LOCATION OF OCCURRENCE

**Address:** 23916 NW 83RD AVE
FLORIDA STATE PRISON (MAIN) X2[NW 86TH LN]

| Cross Street | City | Incorporated? | State | County | Zip Code |
|---|---|---|---|---|---|
| | RAIFORD | No | FL | BRADFORD | 32083 |

| Latitude | Longitude | National Grid |
|---|---|---|
| 30.05863 | -82.18374 | |

| District | Fire | EMS | Wrecker |
|---|---|---|---|
| BCSO | HSFD | BEMS | BRAD |

| Complaint Type / Call Nature | Priority | Additional Info | Weapon |
|---|---|---|---|
| DISTURBANCE | 2 | LTDW85,FL | |

| Complainant | Phone Number | Ext | Contact | 911 |
|---|---|---|---|---|
| CAPT WOODS | (904)368-8888 | | | N |

| Primary Unit | BackUp Units | | | | | Dispatcher | Disposition Codes |
|---|---|---|---|---|---|---|---|
| 5362 BCSO | 2189 SPD | 5404 BCSO | 5504 BCSO | 5548 BCSO | 5557 BCSO | ARUBRIGHT | (1) 22  (4) |
| | | | | | | Call Taker ARUBRIGHT | (2) 3   (5) |
| | | | | | | | (3)     (6) |

**Incident Number:** LEA20CAD016146
**Radio Channel:**

CALL DATES & TIMES (Note: Individual Unit Times & Close/Code Times are listed after the Call Notes)

| Received | Shipped | Dispatched | Enroute | Onscene | Closed |
|---|---|---|---|---|---|
| 12/06/2020 16:08:21 | 12/06/2020 16:08:31 | 12/06/2020 16:09:31 | 12/06/2020 16:10:52 | 12/06/2020 16:21:33 | 12/06/2020 18:57:23 |

### CALL STATISTICS

| Create Time | Hold Time | Rollout Time | Enroute Time | Onscene Time |
|---|---|---|---|---|
| 00:00:10 | 00:01:00 | 00:01:21 | 00:10:40 | 02:35:49 |

| | Dispatch Time | | Response Time | Total Call Time |
|---|---|---|---|---|
| | 00:01:10 | | 00:12:01 | 02:49:01 |

**Report Number:** BCSO20OFF002510



# BRADFORD COUNTY SHERIFFS OFFICE
## CALL HISTORY RECORD

---

**SUBJECT RECORD**

| | | | |
|---|---|---|---|
| Date Added: 12/06/2020 | Time Added: 17:01:33 | Added By: JADESUE | Subject Type: SUSPECT |
| Last Name: CHANZES | First Name: DANIELLE | Middle Name: MEME | Title (jr, sr, etc.): |
| Race: H  Sex: F  DoB: [redacted] | Age: 27 | Hair:  Eyes:  Height: 506  Weight: 0 | |
| DL/ID Number: [redacted] | State: FL | | |

Description/Comments:

Activity:
☐ Drinking  ☐ Drugs  ☐ Weapon     Weapon Description:

Extent of Injuries:
☐ Seat Belt Required?  ☐ Airbag Installed?  ☐ Childseat Used?
☐ Seat Belt Used?  ☐ Airbag Deployed?  ☐ Childseat Required?

Next of Kin:

☐ Notified?    Notified by:

☐ Allow Public Release of Information on this Subject?    Approved for Release By:

---

**SUBJECT RECORD**

| | | | |
|---|---|---|---|
| Date Added: 12/06/2020 | Time Added: 17:07:07 | Added By: ARUBRIGHT | Subject Type: ARRESTED |
| Last Name: FERAL | First Name: DAMI | Middle Name: | Title (jr, sr, etc.): |
| Race: W  Sex: M  DoB: [redacted] | Age: 43 | Hair:  Eyes: BRO  Height: 6'09"  Weight: 0 | |
| DL/ID Number: [redacted] | State: NY | | |

Description/Comments:

Activity: UNKNOWN
☐ Drinking  ☐ Drugs  ☐ Weapon     Weapon Description:

Extent of Injuries: N/A
☐ Seat Belt Required?  ☐ Airbag Installed?  ☐ Childseat Used?
☐ Seat Belt Used?  ☐ Airbag Deployed?  ☐ Childseat Required?

Next of Kin:

☐ Notified?    Notified by:

☐ Allow Public Release of Information on this Subject?    Approved for Release By:



Case 3:23-cv-01428-WWB-PDB   Document 22-3   Filed 12/03/24   Page 3 of 6 PageID 93

Page 3 of 6
Printed By:
KMUELLER
Printed On:
09/21/2022 19:58:46

# BRADFORD COUNTY SHERIFFS OFFICE
## CALL HISTORY RECORD

---

**SUBJECT RECORD**

| | | | |
|---|---|---|---|
| Date Added: 12/06/2020 | Time Added: 16:36:28 | Added By: DSUMNER | Subject Type: ARRESTED |
| Last Name: TSOLKAS | First Name: PETER | Middle Name: EVAN | Title (jr, sr, etc.): |
| Race: W  Sex: M  DoB: | Age: 39 | Hair:  Eyes: | Height: 508  Weight: 0 |
| DL/ID Number: | State: FL | | |

Description/Comments:

Activity:  ☐ Drinking  ☐ Drugs  ☐ Weapon  Weapon Description:

Extent of Injuries:  ☐ Seat Belt Required?  ☐ Airbag Installed?  ☐ Childseat Used?
☐ Seat Belt Used?  ☐ Airbag Deployed?  ☐ Childseat Required?

Next of Kin:

☐ Notified?  Notified by:

☐ Allow Public Release of Information on this Subject?  Approved for Release By:

---

**SUBJECT RECORD**

| | | | |
|---|---|---|---|
| Date Added: 12/06/2020 | Time Added: 16:09:19 | Added By: ARUBRIGHT | Subject Type: COMPLAINANT |
| Last Name: WOODS | First Name: CAPT | Middle Name: | Title (jr, sr, etc.): |
| Race:  Sex:  DoB: | Age: 0 | Hair:  Eyes: | Height:  Weight: 0 |
| DL/ID Number: | State: | | |

Description/Comments:

Activity:  ☐ Drinking  ☐ Drugs  ☐ Weapon  Weapon Description:

Extent of Injuries:  ☐ Seat Belt Required?  ☐ Airbag Installed?  ☐ Childseat Used?
☐ Seat Belt Used?  ☐ Airbag Deployed?  ☐ Childseat Required?

Next of Kin:

☐ Notified?  Notified by:

☐ Allow Public Release of Information on this Subject?  Approved for Release By:



# BRADFORD COUNTY SHERIFFS OFFICE
## CALL HISTORY RECORD

Page 4 of 6
Printed By:
**KMUELLER**
Printed On:
09/21/2022 19:58:47

---

**VEHICLE RECORD**

| Date Added | Time Added | Added By |
|---|---|---|
| 12/06/2020 | 16:32:52 | MEMERY |

| State | Tag Number | Tag Year | Description |
|---|---|---|---|
| FL | CVB3981 | 2020 | |

| VIN | Year | Make | Model | Color |
|---|---|---|---|---|
| 3VWRG31C48M525825 | 2008 | VOLK | | TAN |

| Vehicle Type | Vehicle Activity | Crash Type |
|---|---|---|
| 2D | | |

ROTATION TOW Company: MIRACLE TOWING & RECOVERY, Date/Time: 12/06/2020 16:34:25, User: CCHIASSON, Area: BRAD, Class: R, Storage Location: MIRACLE TOWING, Storage Location Address: 620 N THOMPSON ST STARKE FL 32091

[✓] Towed?   [✓] Rotation?   [ ] Requested?   [ ] Other Tow Type   Description of Other Tow Type

[ ] Abandoned?   [ ] Cleared?   Abandoned On Date/Time:   Removal Due On Date/Time:

---

**VEHICLE RECORD**

| Date Added | Time Added | Added By |
|---|---|---|
| 12/06/2020 | 16:31:48 | MEMERY |

| State | Tag Number | Tag Year | Description |
|---|---|---|---|
| FL | LTDW85 | 2021 | |

| VIN | Year | Make | Model | Color |
|---|---|---|---|---|
| 2T1BURHE7HC821051 | 2017 | TOYT | | RED |

| Vehicle Type | Vehicle Activity | Crash Type |
|---|---|---|
| 4D | | |

[ ] Towed?   [ ] Rotation?   [ ] Requested?   [ ] Other Tow Type   Description of Other Tow Type

[ ] Abandoned?   [ ] Cleared?   Abandoned On Date/Time:   Removal Due On Date/Time:

---


# BRADFORD COUNTY SHERIFFS OFFICE
## CALL HISTORY RECORD

Page 5 of 6
Printed By:
**KMUELLER**
Printed On:
09/21/2022 19:58:47

## CALL NOTES

| Added By | Date | Time | CallNo | Note |
|---|---|---|---|---|
| ARUBRIGHT | 12/06/2020 | 16:08:52 | | 20 CARS BLOCKING BOTH ENTERANCES OF FSP |
| ARUBRIGHT | 12/06/2020 | 16:09:03 | | CARS ARE PROTESTERS AND REQ LEO |
| KMOODY | 12/06/2020 | 16:10:40 | | TRYING TO LEAVE FSP TO GO TO NEW RIVER CORRECTIONAL |
| KMOODY | 12/06/2020 | 16:10:52 | | PROTESTING DEFUND THE POLICE |
| KMOODY | 12/06/2020 | 16:15:06 | | LINED THE CARS ON STATE GROUND//STILL BLOCKING ENTRANCE TO FSP |
| KMOODY | 12/06/2020 | 16:15:28 | | LIGHTING FIREWORKS |
| CCHIASSON | 12/06/2020 | 16:18:47 | | CALLING FHP FOR AS MANY UNITS AS THEY HAVE AVAILABLE DUE TO CALL ABOUT FIREWORKS,FIRES,CLIMBING ON ARCH WAY OF FSP |
| ARUBRIGHT | 12/06/2020 | 16:20:24 | | 5504 ADV FHP IS 10-51 |
| MEMERY | 12/06/2020 | 16:23:33 | | 10-33 TRF |
| CCHIASSON | 12/06/2020 | 16:26:01 | | PER FHP HAS THREE UNITS 1051 |
| MEMERY | 12/06/2020 | 16:26:21 | | FHP COMING FROM BRADFORD, 1 FROM DUVAL, AND 1 FROM BAKER |
| ARUBRIGHT | 12/06/2020 | 16:27:57 | | S77 |
| CCHIASSON | 12/06/2020 | 16:29:47 | | 2 DETAINED |
| MEMERY | 12/06/2020 | 16:30:12 | | FHP FIN IS HOOKED UP |
| CCHIASSON | 12/06/2020 | 16:32:53 | | TOW CALLED FOR TWO VEHICLES |
| MEMERY | 12/06/2020 | 16:33:55 | | 3 TO 4 PERSONS 10-15 |
| CCHIASSON | 12/06/2020 | 16:33:56 | | 77 THREE/FOUR DETAINED |
| CCHIASSON | 12/06/2020 | 16:34:24 | | ROTATION TOW: MIRACLE TOWING & RECOVERY (PH: (904)368-1114) FOR: FL CVB3981 AREA: BRAD CLASS: R |
| CCHIASSON | 12/06/2020 | 16:34:24 | | STORAGE LOCATION: MIRACLE TOWING ADDRESS: 620 N THOMPSON ST STARKE FL 32091 |
| CCHIASSON | 12/06/2020 | 16:36:05 | | CALLED KENNY AT MIRACLES FOR TOW OF TWO VEHICLES |
| MEMERY | 12/06/2020 | 16:39:06 | | EMAIL SENT |
| CCHIASSON | 12/06/2020 | 16:49:23 | | FHP 1097 |
| MEMERY | 12/06/2020 | 16:52:22 | 5404 | OFFENSE NUMBER [BCSO20OFF002510] ASSIGNED FOR CALLNO [ 5404] IN AGENCY [ BCSO] |
| CCHIASSON | 12/06/2020 | 16:53:52 | | MIRACLES 1097 |
| KMOODY | 12/06/2020 | 17:06:32 | | 10-66 10-33 |
| ARUBRIGHT | 12/06/2020 | 17:10:30 | | PETER 10-15 |
| ARUBRIGHT | 12/06/2020 | 17:10:37 | | 5404 10-53 |
| ARUBRIGHT | 12/06/2020 | 17:11:10 | | DAMI 10-15 10-53 |
| ARUBRIGHT | 12/06/2020 | 17:22:10 | | 5504 AND 5404 10-97 |



# BRADFORD COUNTY SHERIFFS OFFICE
## CALL HISTORY RECORD

Page 6 of 6
Printed By: KMUELLER
Printed On: 09/21/2022 19:58:47

### UNIT / CALL TIMES

| DATE | TIME | CALLNO | AGENCY | DESCRIPT | DISPATCHER | MILEAGE |
|---|---|---|---|---|---|---|
| 12/06/2020 | 16:09:31 | 5548 | BCSO | DISPATCH | ARUBRIGHT | 0 |
| 12/06/2020 | 16:10:52 | 5548 | BCSO | ENROUTE | CCHIASSON | 0 |
| 12/06/2020 | 16:15:38 | 5404 | BCSO | ENROUTE | ARUBRIGHT | 0 |
| 12/06/2020 | 16:15:39 | 5362 | BCSO | ENROUTE | ARUBRIGHT | 0 |
| 12/06/2020 | 16:18:05 | 5557 | BCSO | ENROUTE | ARUBRIGHT | 0 |
| 12/06/2020 | 16:18:14 | 2189 | SPD | ENROUTE | ARUBRIGHT | 0 |
| 12/06/2020 | 16:21:10 | 5504 | BCSO | ENROUTE | KMOODY | 0 |
| 12/06/2020 | 16:21:34 | 5362 | BCSO | REPORTING | CCHIASSON | 0 |
| 12/06/2020 | 16:21:34 | 5362 | BCSO | ONSCENE | CCHIASSON | 0 |
| 12/06/2020 | 16:21:43 | 2189 | SPD | ONSCENE | CCHIASSON | 0 |
| 12/06/2020 | 16:21:50 | 5548 | BCSO | ONSCENE | CCHIASSON | 0 |
| 12/06/2020 | 16:22:36 | 5404 | BCSO | ONSCENE | CCHIASSON | 0 |
| 12/06/2020 | 16:22:51 | 5504 | BCSO | ONSCENE | CCHIASSON | 0 |
| 12/06/2020 | 16:23:59 | 5504 | BCSO | REMOVED | MEMERY | 0 |
| 12/06/2020 | 16:24:02 | 5504 | BCSO | ENROUTE | MEMERY | 0 |
| 12/06/2020 | 16:27:01 | 5557 | BCSO | ONSCENE | RMOSLEY | 0 |
| 12/06/2020 | 16:38:41 | 5504 | BCSO | ONSCENE | CCHIASSON | 0 |
| 12/06/2020 | 17:00:44 | 5548 | BCSO | TRANSPORT | MEMERY | 59979 |
| 12/06/2020 | 17:08:57 | 5548 | BCSO | DELIVERING | ARUBRIGHT | 59987 |
| 12/06/2020 | 17:12:30 | 2189 | SPD | REMOVED | MROONEY | 0 |
| 12/06/2020 | 18:02:11 | 5557 | BCSO | REMOVED | ALEVASSEUR | 0 |
| 12/06/2020 | 18:57:23 | | | CLOSED | ALEVASSEUR | |
| 12/06/2020 | 18:57:26 | | | CODED | ALEVASSEUR | |

### Complaint History

| Date/Time | Complaint | Priority | Complaint Addinfo | Status | Law | Fire | EMS | Weapon |
|---|---|---|---|---|---|---|---|---|
| 12/06/2020 16:08:33 | DISTURBANCE | 2 | | | ☑ | ☐ | ☐ | |

END OF CALL HISTORY RECORD