# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**PETER (PANAGIOTI) TSOLKAS,**

    **Plaintiff,**

v.                                          Case No.: 3:23-cv-01428-WWB-PDB

**DEPUTY DALTON SUMNER,**

    **Defendant.**
_____/

## Exhibit 4

**Deputy Sumner's Body-worn Camera Footage**
**File Name: DaltonSumner_202012061621_WFC1010551_63611065**
**(to be submitted via flash drive)**