# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**PETER (PANAGIOTI) TSOLKAS,**

    **Plaintiff,**

**v.**                                                              Case No.: 3:23-cv-01428-WWB-PDB

**DEPUTY DALTON SUMNER,**

    **Defendant.**
_____/

## Exhibit 6

**Cell Phone Video Footage**
**File Name: Video Dec 06 2020, 4 28 26 PM**
**(to be submitted via flash drive)**