IN THE COUNTY COURT OF THE EIGHTH JUDICIAL CIRCUIT,
IN AND FOR BRADFORD COUNTY, FLORIDA

STATE OF FLORIDA  
Vs: **Peter E. Tsolkas**  
(DEFENDANT)

CASE NO. 20mm1051

FILED CLERK BRADFORD CO  
2021 JUL 14 PM 4:47

## JUDGMENT AND SENTENCE

**THIS CAUSE** coming on this day to be heard before me and the Defendant being now present or alternatively having filed a Plea in Absentia and having:

- ☑ Pled Nolo Contendere
- ☐ Pled Guilty
- ☐ Pled Not Guilty
- ☐ Been Found Guilty by the Court
- ☐ Been Found Guilty by Jury Verdict

Count 1: **Trespass after warning**  
Count 2: **Opposing an OFC w/o violence**  
Count 3: _____

**The Court Hereby:**
____ Withhold Adjudication  
✓ Adjudicates you Guilty

Placed on supervised probation for a period of **12** months, With Tri-County Probation, Inc.

### The Court Hereby Imposes the Following Sentence:

- ☐ You are committed to the custody of the Bradford County Jail for a term of ____ days. Sentence to commence on _____ at _____ AM/PM. You will be given credit for ____ days already served.
- ☐ You shall report to the Bradford County Jail to serve jail sentence on consecutive weekends/weekdays commencing _____ at _____ AM/PM and be released on _____ at _____ AM/PM.
- ☐ The Defendant shall, at the defendants sole expense, install and maintain for a period of _____ an ignition interlock device approved by the DHSMV upon all vehicles either individually or jointly owned or leased and routinely operated by the defendant, when the defendant qualifies for a permanent or restricted licenses
- ☐ Tag Impounded for a period of _____ days.
- ☑ Pay fine in the amount of $_____ plus all standard court cost and supervision fees assessed.

- ☐ Drivers License are suspended for a period of _____ months.
- ☐ Obtain valid drivers license within ____ mos.
- ☐ Obtain a valid tag / registration
- ☑ Perform **50** hours of community service.
- ☐ Mental Health Evaluation/Treatment
- ☐ DUI school Level I or II
- ☐ Driver Improvement School Level I or II
- ☐ Criminal Cognition Program
- ☐ Anger Management Program
- ☐ Batterers Intervention Program
- ☐ Hunters Safety Course
- ☐ Firearm Safety Course
- ☐ Substance Abuse Evaluation
- ☐ Worthless Check Course
- ☐ You Impact Course
- ☐ Random Screenings, no Drugs/Alcohol
- ☐ **You must enroll with-in ____ days for evaluations, classes or programs ordered**
- ☑ No Contact with: **FL State Prison**
- ☐ Other: _____
- ☑ **Restitution hearing - 8/4/21**

The Defendant shall live without violating any law and obey all of the above orders as conditions of probation in addition to the standard of terms provided in Chapter 948 Florida Statutes. I understand that I may be jailed for failure to comply. If a bail bond is in effect and has not been forfeited, the bond is hereby cancelled. All bail bonds in effect and not forfeited in the case listed above as *nolle prosequi* are also cancelled.

**DONE AND ORDERED** this 14th day of July, 2021.

_____  
Defendant

_____  
James M. Colaw, Circuit Court Judge

BCSO-Tsolkas 000033