

# CUMMINGS SCIENTIFIC, LLC

7586 Bradfordville Road, Tallahassee, FL 32309
850-228-3335 (office) ~ 888-249-9226 (fax)

## Report of Findings

## **Biomechanical Analysis**

## Peter Tsolkas v. Deputy Dalton Sumner

Cummings Scientific File # 23111

Prepared for:

Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301

Attention:

James Slater, Esq.

_____

Jeremy R. Cummings, PhD
Biomechanic

Dr. Jeremy R. Cummings, Principal Consulting Scientist
info@cummingssci.com

# Table of Contents

I. INTRODUCTION                                            3

II. CONCLUSIONS                                            4

III. DISCUSSION                                            5

IV. FIGURES                                                8

V. INFORMATION REVIEWED                                   12

VI. REFERENCES                                            13

VII. CURRICULUM VITAE                                     14

VIII. FEDERAL RULE 26 LIST                                21

# I. INTRODUCTION

On December 6, 2020, an incident occurred when Deputy Dalton Sumner, a Bradford County Sheriff's Deputy, was relocating Peter Tsolkas, who was in handcuffs. During this relocation, both individuals went to the ground and the event was captured by multiple cameras.

Cummings Scientific, LLC was retained on May 1, 2024 to perform a <u>biomechanical analysis</u> of the fall incident.

This report was prepared for the exclusive use of Slater Legal PLLC, James Slater, Esquire, and is not to be used for any other purpose.  The report is based on the information that was provided to us as described in section V. INFORMATION REVIEWED.  Should any additional information become available, we reserve the right to determine the effects, if any, of the new information on our opinions and conclusions.  We also reserve the right to revise our opinions and conclusions if necessary and warranted by the discovery of additional information.  Please do not hesitate to call us if you have any questions.  We appreciate the opportunity to be of service to you.

# II. CONCLUSIONS

1. It is observable from the video evidence that Deputy Sumner's left knee, both arms, and a portion of his body weight (~220 *pounds*) struck the rear of Mr. Peter Tsolkas' body as Mr. Tsolkas fell to the ground.

2. Calculations were performed using an anthropomorphic test device (ATD) scaled to Mr. Peter Tsolkas' sex, height, weight, and age. The impact forces calculated to be acting on the ATD's left shoulder with an additional ATD scaled to Deputy Sumner's stature was around 395 *Newtons* (*N*).

3. The loading on the ATD's left shoulder without the deputy landing on the backside of Mr. Tsolkas was around 324 *N*. This is approximately a 21.8% decrease in force relative to the officer not striking the rear of Mr. Tsolkas.

All opinions given above are stated with a reasonable degree of scientific certainty and the bases of these opinions are given in the DISCUSSION (see the next section).

# III. DISCUSSION

A physics simulation program MADYMO (MAthematical DYnamic MOdels) was used to reconstruct the biomechanical forces, accelerations, velocities, and displacements that occurred to anthropomorphic test devices (ATD) surrogate to represent Mr. Tsolkas. The ATD was subjected to forces with and without the deputy present. The calculated forces acting on the ATD's left shoulder ranged between 320 $N$ and 469 $N$ with the deputy present. The calculated forces ranged between 226 $N$ and 422 $N$ without the deputy present. The deputy added between an 11.1% to 41.6% increase in left shoulder forces to the ATD representing Mr. Tsolkas in this fall event. Without the deputy falling on top of Mr. Tsolkas, the forces acting on Mr. Tsolkas' body and specifically his left shoulder would have been greatly reduced.  The increased force from the officer acting on Mr. Tsolkas will increase Mr. Tsolkas' injury likelihood and also increase the injury depth of penetration. (see Image 1)

**At Scene Images**



**Image 1.** Mr. Tsolkas' left shoulder injury as a result of the fall with the officer on top of him.

5



**Image 2.** Still frame from incident video showing Mr. Tsolkas handcuffed and falling.



**Image 3.** Still frame from incident video showing the officer's left knee being placed on the backside of Mr. Tsolkas prior to Mr. Tsolkas striking the ground.



**Image 4.** Still frame from incident video. Prior to impact with the ground, the deputy extends his left and right arms onto the upper torso of Mr. Tsolkas increasing the impact forces on Mr. Tsolkas' upper body, and left shoulder as Mr. Tsolkas strikes the ground.

# IV. FIGURES



```
PETER TSOLKAS
ADULT HUMAN MALE
SELECTED BODY DIMENSIONS

                WEIGHT                    180.4    LB.
                STANDING HEIGHT           66.00    IN.

COMPUTED BODY DIMENSIONS

        0       WEIGHT                    180.4    LB.
        1       STANDING HEIGHT           66.00    IN.
        2       SHOULDER HEIGHT           53.97    IN.
        3       ARMPIT HEIGHT             47.81    IN.
        4       WAIST HEIGHT              39.07    IN.
        5       SEATED HEIGHT             35.24    IN.
        6       HEAD LENGTH               7.775    IN.
        7       HEAD BREADTH              6.163    IN.
        8       HEAD TO CHIN HEIGHT       8.787    IN.
        9       NECK CIRCUMFERENCE        15.52    IN.
       10       SHOULDER BREADTH          15.89    IN.
       11       CHEST DEPTH               10.19    IN.
       12       CHEST BREADTH             13.35    IN.
       13       WAIST DEPTH               9.476    IN.
       14       WAIST BREADTH             12.78    IN.
       15       BUTTOCK DEPTH             10.05    IN.
       16       HIP BREADTH,STANDING      14.08    IN.
       17       SHOULDER TO ELBOW LENGTH  12.22    IN.
       18       FOREARM-HAND LENGTH       18.48    IN.
       19       BICEPS CIRCUMFERENCE      13.15    IN.
       20       ELBOW CIRCUMFERENCE       12.32    IN.
       21       FOREARM CIRCUMFERENCE     11.39    IN.
       22       WRIST CIRCUMFERENCE       6.953    IN.
       23       KNEE HEIGHT,SEATED        20.72    IN.
       24       THIGH CIRCUMFERENCE       24.53    IN.
       25       UPPER LEG CIRCUMFERENCE   20.03    IN.
       26       KNEE CIRCUMFERENCE        15.45    IN.
       27       CALF CIRCUMFERENCE        15.20    IN.
       28       ANKLE CIRCUMFERENCE       8.972    IN.
```

**Figure 1.** Calculated body dimensions and ATD model for Peter Tsolkas based on his sex, height, weight and age at the time of the incident.



**Figure 2.** Sequence during MADYMO physics simulation.



**Figure 3.** Sequence during MADYMO physics simulation.



```
DEPUTY SUMNER
ADULT HUMAN MALE
SELECTED BODY DIMENSIONS

                 WEIGHT                    220.0    LB.
                 STANDING HEIGHT           73.00    IN.

COMPUTED BODY DIMENSIONS

        0        WEIGHT                    220.0    LB.
        1        STANDING HEIGHT           73.00    IN.
        2        SHOULDER HEIGHT           60.27    IN.
        3        ARMPIT HEIGHT             53.66    IN.
        4        WAIST HEIGHT              43.95    IN.
        5        SEATED HEIGHT             38.10    IN.
        6        HEAD LENGTH               7.980    IN.
        7        HEAD BREADTH              6.284    IN.
        8        HEAD TO CHIN HEIGHT       9.113    IN.
        9        NECK CIRCUMFERENCE        16.20    IN.
        10       SHOULDER BREADTH          16.81    IN.
        11       CHEST DEPTH               10.86    IN.
        12       CHEST BREADTH             14.23    IN.
        13       WAIST DEPTH               10.13    IN.
        14       WAIST BREADTH             13.89    IN.
        15       BUTTOCK DEPTH             10.82    IN.
        16       HIP BREADTH,STANDING      15.19    IN.
        17       SHOULDER TO ELBOW LENGTH  13.61    IN.
        18       FOREARM-HAND LENGTH       20.34    IN.
        19       BICEPS CIRCUMFERENCE      13.89    IN.
        20       ELBOW CIRCUMFERENCE       13.20    IN.
        21       FOREARM CIRCUMFERENCE     12.05    IN.
        22       WRIST CIRCUMFERENCE       7.389    IN.
        23       KNEE HEIGHT,SEATED        23.26    IN.
        24       THIGH CIRCUMFERENCE       26.31    IN.
        25       UPPER LEG CIRCUMFERENCE   21.55    IN.
        26       KNEE CIRCUMFERENCE        16.72    IN.
        27       CALF CIRCUMFERENCE        16.11    IN.
        28       ANKLE CIRCUMFERENCE       9.566    IN.
        29       ANKLE HEIGHT,OUTSIDE      5.644    IN.
        30       FOOT BREADTH              4.046    IN.
        31       FOOT LENGTH               11.18    IN.
        32       HAND BREADTH              3.667    IN.
        33       HAND LENGTH               7.828    IN.
        34       HAND DEPTH                1.134    IN.
```

**Figure 4.** Calculated body dimensions and ATD model for Deputy Dalton Sumner based on his sex, height, weight and age at the time of the incident.

11

# V. INFORMATION REVIEWED

In preparation of this report, the following documents and photos were reviewed:

1. Cell phone video footage
2. Additional cell phone video footage
3. Body cam footage
4. Medical records for Peter Tsolkas
5. Deputy Sumner's LE application
6. Complaint with photographs
7. Photo of scar

# VI. REFERENCES

1. Andarawis-Puri, N., Ricchetti, E. T., & Soslowsky, L. J. (2009). Interaction between the supraspinatus and infraspinatus tendons: effect of anterior supraspinatus tendon full-thickness tears on infraspinatus tendon strain. The American Journal of Sports Medicine, 37(9), 1831–1839.

2. Fung, Y. C. (1981). Biomechanics: mechanical properties of living tissues. Springer-Verlag.

3. Hall, S. (2003). Basic Biomechanics (4th ed.). McGraw Hill.

4. Joseph A. Buckwater MS, Thomas A. Einhorn, MD, Sheldon R. Smith, MD, M. D. (2000). Orthopaedic Basic Science: Biology and Biomechanics of the Musculoskeletal System (2nd ed.).

5. Kroemer, K. H. E., Kroemer, H. J., & Kroemer-Elbert, K. E. (1997). Engineering Physiology: Bases of Human Factors/Ergonomics. ordered.

6. LeVeau, B. F. (1992). Williams and Lissner's Biomechanics of Human Motion (3rd ed.).

7. Nordin, M., & Frankel, V. H. (2001). Basic Biomechanics of the Musculoskeletal System (3rd ed.). Lippincott Williams & Wilkins.

8. Rickert, M., Georgousis, H., & Witzel, U. (1998). Tensile strength of the tendon of the supraspinatus muscle in the human. A biomechanical study. Unfallchirurg, 101(4), 265–270.

9. Schmitt, K.-U., Niederer, P., Cronin, D., Morrison, B., Muser, M., & Walz, F. (2019). Trauma Biomechanics (5th ed.). Springer.

10. Schmitt, K.-U., Niederer, P., Muser, M., & Walz, F. (2007). Trauma Biomechanics (2nd ed.).

11. Siemens. (2024). Simcenter Madymo Reference Manual Version 2406 (pp. 1–1109).

12. Whiting Zernicke R. F., W. C. (1998). Biomechanics of Musculoskeletal Injury (1st ed.). Human Kinetics.

13. Yoganandan, N., Nahum, A. M., & Melvin, J. W. (2015). Accidental Injury Biomechanics and Prevention (Third). Springer International Publishing.

# VII. CURRICULUM VITAE

## Dr. Jeremy Ronald Cummings

**ADDRESS:**

7586 Bradfordville Road
Tallahassee, FL 32309
(850) 228-3335 (work)          info@cummingssci.com
(888) 249-9226 (fax)          http://www.cummingssci.com

**CURRENT INTERESTS**

Trauma biomechanics, accident reconstruction, human factors, injury mechanisms, human kinematics, vehicular accidents, materials science & failure analysis, vision/visibility, properties of biological tissues, microscopy, and human-environment interaction.

**EDUCATION**

- **Ph.D. - University of North Carolina**, Chapel Hill, NC
  Biomedical Engineering.  2001.
- **B.S. - University of North Carolina**, Chapel Hill, NC
  Applied and Materials Science, minors in Physics and Chemistry. 1998.

**EXPERIENCE**

**Principal Consulting Scientist and Biomedical Engineer** – Cummings Scientific, LLC, Tallahassee, FL. Specializing in analysis of accidents involving the nature of human injury, injury causation, visibility analysis, and analysis of injury severity consistent with the physics of the accident situation.  Qualified as an expert witness by both federal and state courts across the United States.  Work Experience: ~50% plaintiff, ~50% defense cases.

**Biomedical Engineer and Accident Reconstructionist** – Quest Engineering and Failure Analysis, Inc.  Scientific analysis of vehicular accidents; structural & material failures; forensic biomechanics.

**Post Doctoral Fellow** – National High Magnetic Field Lab, Tallahassee, FL.  Near-field scanning optical microscopy. http://www.magnet.fsu.edu

**Post Doctoral Fellow** – Department of Physics UNC-Chapel Hill.  Research and design on a three-dimensional force microscope with emphasis on understanding human tissues response to forces.

**Research Assistant**.  Department of Physics UNC-CH.  Designed and built several laser based computerized force microscopy instruments.

**Research Assistant**.  Experimental Cardiology Group UNC-CH.  Ischemia-induced ventricular fibrillation of porcine hearts, with 3-dimensional reconstruction of the heart.

## SKILLS

- **Injury Causation** – medical records, experimental testing, computer modeling, and extensive knowledge of human injury tolerance allows for a correlation to be made between a claimed injury and the physics of a specific accident environment.
- **Biomechanics** – determination of the forces and movement of the human body (occupant kinematics and biokinetics) for frontal, side-impact, rear-impact, and sideswipe vehicular accidents; as well as fall type accidents.  Including seat-belt and air bag analysis.
- **Accident Reconstruction** - Reconstruction of automobile, heavy truck, bus, heavy equipment, tractor trailers, trains, motorcycles, ATVs, bicycles, and pedestrian accidents.  This includes the analysis of accident events and physical evidence to determine causation, critical accident events, sequence of events, compliance with procedures, and injury mechanisms.  Typical projects include vehicular, construction, and slip/trip & fall accidents.
- **Seat Belt Analysis** – Materials analysis of physical evidence to determine if seat belts were operational, if occupants were wearing their seat belts, and if injuries may have been mitigated through the use of seat belts.
- **Product Failure Analysis** – analysis of specific projects with regard to materials failure, fatigue, corrosion, safety and design.
- **Computer based accident reconstruction and simulations –** using HVE, EDCrash, PC Crash, EDSMAC, MADYMO and other physics based simulation programs.
- **Crash testing -** data acquisition, crush analysis and reduction.
- **Investigative services -** Scene investigation, surveys, and drawings, skid analysis, photography, vehicle inspection, damage analysis, vehicle dynamics.
- **Photogrammetry** of digital and scanned photos using a variety of CAD programs and Photomodeler to analyze skid patterns, crush depths, and accident scenes.
- **Finite element analysis** – using state of the art mechanical modeling programs.
- **Human factor analysis** – human perception and reaction times, visibility analysis, warnings.

## SIGNIFICANT COURSEWORK

| Biomechanics | Physics: Electricity and Magnetism | Physics: relativity and quantum mechanics |
|---|---|---|
| Accident Reconstruction | Physics: Mechanics | Physics: Analog Electronics |

15

| Medical training, Anatomy, and Physiology | Injury Causation and Analysis | Finite Element Analysis |
|---|---|---|
| Math: Probability and Statistics | Math: Calculus I, II, III, Linear algebra and diff. equations. | Biomaterials, Molecular and Cellular Biology |
| Electronics (analog and digital) | Biochemistry | Thermodynamics |
| Biomedical Instrumentation | Tissue Engineering | Molecular Physiology |

## PROFESSIONAL AFFILIATIONS

**Member:  BMES** – Biomedical Engineering Society.

**ASB** – American Society of Biomechanics.

**ASSE** – American Society of Safety Engineers.

**SAE** – Society of Automotive Engineers.

**AAAM** – Association for the Advancement of Automotive Medicine

**NAPARS** – National Association of Professional Accident Reconstruction Specialists

## PUBLICATIONS, PRESENTATIONS, AND TALKS

1. Cummings, J., R. Superfine, and R.M. Taylor. *Development of a Near-Field Scanning Optical Microscope*. in *1999 Annual Research Review*. 1999. Talk at the University of North Carolina - Chapel Hill.

2. Cummings, J.R., et al. *Applications and Development of Near-Field Scanning Optical Microscopy*. in *2000 Annual Research Review*. 2000. Talk at the University of North Carolina - Chapel Hill.

3. Cummings, J. and Akmaloni, *Development of an Augmentative Portable Communication Device*, in *RESNA 2000*, J. Winters, Editor. 2000: Orlando, FL. p. 3.

4. Cummings, J., et al. *3-D Magnetic Particle Force Microscope for Manipulation In Cells*. in *2001 BME Annual Research Review*. 2001. Talk at the University of North Carolina - Chapel Hill.

5. Cummings, J., *Development and Applications of Magneto-Optical Scanning Probe Microscopy*, in *PhD dissertation, Biomedical Engineering*. 2001, University of North Carolina: Chapel Hill. p. 295.

6. Fisher, J.K., Cummings, J.R., et al., *Three-dimensional force microscope: A nanometric optical tracking and magnetic manipulation system for the biomedical sciences.* Review of Scientific Instruments, 2005.

7. Cummings, J.R., et al. *Development of a Three-Dimensional Force Microscope*. in *21st Southern Biomedical Engineering Conference*. 2002. Washington, DC, USA: Biomed Research Foundation.

8. Superfine, R., G. Bishop, J. Cummings, J. Fisher, K. Keller, G. Matthews, D. Sill, R. M. Taylor II, L. Vicci, C. Weigle, G. Welch and B. Wilde. *Touching In Biological Systems: A 3D Force Microscope*. in *Microscopy and Microanalysis*. 2002. Quebec City, Canada.

9. Cummings, J. R., Personal Injury (and Death) from Vehicle Collisions, a Biomechanical Analysis.  Talk at the West Coast Claims Association. Jan. 2004, Tampa, FL.

10. Cummings, J. R., Continuing education course at the Tallahassee Claims Association: Biomedical Engineering and Biomechanics in Vehicle Collisions.  CE credits given by the Florida Department of Financial Services. April 2004, Tallahassee, FL.

11. Cummings, J. R., Biomechanical Analysis.  Continuing education course at Kubicki Draper's 2008 Annual Claims Conference. January 2008, Kissimmee, FL.

12. Cummings, J. R., Nationwide Insurance Company Claims Examiner Seminar. CE credits given by the Florida Department of Financial Services.  February 6, 2008, Pensacola, FL.

13. Cummings, J. R., Auto-Owners Insurance Claims Examiner Seminar. CE credits given by the Florida Department of Financial Services.  February 19, 2008, Tallahassee, FL.

14. Cummings, J.R., et al., Occupant Friction Coefficients on Various Combinations of Seat and Clothing. SAE, 2009. 2009-01-1672.

15. Cummings, J.R., Biller, B.A., Photogrammetry in Accident Reconstruction. Florida Engineering Society Journal, June 2010.

16. Osterholt, G.D., Cummings, J.R., et al.,Updating Generic Crush Stiffness Coefficients for Accident Reconstruction. SAE, 2010, 2010-01-1581.

17. Cummings, J.R., Forensic Biomechanics. Attorneys Information Exchange Group (AIEG) 2014 Fall Conference. San Antonio, Texas. October 22-24.

18. Friedman, K., J. Hutchinson, Mihora, D., Cummings, J., 2015, Finite-element Modeling of Restrained Occupant Partial Ejection under Rollover Conditions. International Journal of Crashworthiness, Vol. 20 Issue 3.

19. Cummings, J. R., Fletcher, H. J., Biller, B. A., Scanlan, S., Lamb, R., & Russo, M. D. (2016). Estimates of Motorcycle Speed Made By Eyewitnesses Under Ideal Experimental Conditions. *Accident Reconstruction Journal*, 12–17.


## CONFERENCE AND COURSE ATTENDANCE

- National Biomedical Engineering Symposium. 1997 Seattle, WA.
- RESNA – Rehabilitation Engineering and Assistive Technology Society of North America Annual Meeting.  2000 Orlando, FL.
- The Biomechanics of Impact Course – Understanding the Limits of Human Tolerance, Sept 29, 2002

- 46th Association for the Advancement of Automotive Medicine Annual Conference, Tempe, AR. Sept 30 – Oct 2, 2002.
- Engineering Dynamics Corporation: Accident Reconstruction Course, Miami, FL.  Nov 11 – Nov 15, 2002.
- Engineering Dynamics Corporation: Simulation Course, Northridge, CA.  Jan 20–24, 2003.
- Spine Research Institute of San Diego: CRASH 2003, Aug 22 – Aug 24, 2003.
- Human Factors Course, IPTM, Jacksonville, FL. March 22 – March 26, 2004.
- Fall Protection Certification course, ASSE, Pensacola, FL. May 20, 2004.
- Northwestern University Traffic Institute, Traffic Accident Investigation Course. 2004.
- American College of Forensic Examiners International – Medical Investigator course. Atlanta, GA.  July, 2004.
- 48th Association for the Advancement of Automotive Medicine Annual Conference, Key Biscayne, FL. Oct 24 – Oct 27, 2004.
- Photomodeler Collision Reconstruction Course, Raleigh, NC. March 7-9, 2005.
- 33rd International Workshop on Human Subjects for Biomechanical Research. Nov 8, 2005.
- 49th Stapp Car Crash Conference on biomechanics and human injury tolerance.  Washington, D.C. Nov 9-11, 2005.
- Methodology and Techniques of Crash Data Retrieval, IPTM, Jacksonville, FL.  Feb 27 – March 1, 2006.
- Adult, Infant and Child CPR Certification, American Red Cross, Tallahassee, FL. May 22-23, 2006.
- MSF Safe Rider Motorcycle Course. Florida SafeRider, Inc. FL. June 3-4, 2006.
- South East Biomechanics Conference, Duke University, Durham, NC. April 19-21, 2007
- Motorcycle Safety Foundation Experienced Rider Course. Monticello, FL August 16, 2008
- 52nd Stapp Car Crash Conference on biomechanics and human injury tolerance. San Antonio, TX. November 3-5, 2008
- Crash Data Retrieval System (CDR) Data Analyst Course. Ashburn, VA. January 6-9, 2009.
- 27th Annual Special Problems in Traffic Crash Reconstruction.  Orlando, FL. April 20-24, 2009.
- Madymo Introductory Training Course.  Livonia, MI.  June 16-19, 2009
- 53rd Stapp Car Crash Conference on impact biomechanics, human injury tolerance, and crash injury protection.  Savannah, GA.  November 2-4, 2009.
- 28th Annual Special Problems in Traffic Crash Reconstruction.  Orlando, FL. April 26-30, 2010.
- PC-Crash Physics simulation training, Orlando, FL. April 6-8, 2011
- CDR User's Summit – Training Conference for Crash Data Retrieval. Houston, TX. January 21-23, 2013
- Child Passenger Safety Certification Course. Jacksonville, Florida. April 9-11, 2013
- Kids in Motion Conference, Albuquerque, New Mexico August 27-29, 2013

- 59th Stapp Car Crash Conference. New Orleans, LA. November 9-11, 2015.
- 44th International Workshop on Human Subjects for Biomechanical Research. National Highway Traffic Safety Administration. Washington, DC. November 6, 2016.
- 60th Stapp Car Crash Conference, Washington D.C. November 7-9, 2016.
- Institute of Police Technology and Management Conference. Pedestrian and Bicycle Crash Investigation. Jacksonville, FL November 28-December 2, 2016.
- 2017 ARC-CSI Crash Conference. Las Vegas, NV. September 18-21, 2017.
- National Child Passenger Safety Training. Riverdale, GA. July 25, 2018.
- Texas Association of Accident Reconstruction Specialists (TAARS) Fall Conference 2020 – Color and Light, Photographs and Video, Light Simulations, and Object Detection. Carlsbad, CA. October 21-23, 2020.
- University of North Florida, Institute of Police Technology and Management. Camera Video Analysis for Investigators. February 16-19, 2021
- PC-Crash Webinar Series 3 - Using Video Data Confirmation. June 3, 2021
- Traffic Crash Investigation and Reconstruction Resources. October 21, 2022
- Powered Industrial Trucks Safety Training & Certification. Midway, FL. October 26, 2022
- Heavy Truck Bendix Pro training, NAPARS, November 4, 2022
- Forensic Spin Analysis, National Association of Professional Accident Reconstruction Specialists, November 18, 2022
- Vehicle Dynamics, National Association of Professional Accident Reconstruction Specialists November 28, 2022
- Accident Reconstruction Equations and Derivations, National Association of Professional Accident Reconstruction Specialists December 10, 2022
- EDR Update, NAPARS February 24, 2023
- Aerial Photogrammetry for Crash Reconstruction, NAPARS, March 17, 2023
- Human Factors, National Association of Professional Accident Reconstruction Specialists, April 4, 2023
- WREX 2023 – World Reconstruction Exposition. Orlando, FL. April 17-21, 2023
- Heavy Vehicle Collision Mitigation Systems. NAPARS, September 8, 2023
- Evaluating Red Light Running Cases, Traffic Signal Collisions. NAPARS, October 20, 2023
- Determining Vehicle Speed from an Audio Recording. NAPARS, February 16, 2024
- Symposium on EDR Research and Training. NAPARS, April 8-12, 2024. Oklahoma City, Oklahoma.
- ATV Crash Analysis. National Association of Professional Accident Reconstruction Specialists, April 26, 2024.
- Crash Investigation Photography and Forensics. NAPARS, May 31, 2024.
- Counterfeit Airbags. National Association of Professional Accident Reconstruction Specialists, July 19, 2024.
- Crash Investigation Photography and Forensics. NAPARS, May 31, 2024.

- Counterfeit Airbags. National Association of Professional Accident Reconstruction Specialists, July 19, 2024.

## HONORS AND ACHIEVEMENTS

- **Certified Accident Reconstructionist by the Accreditation Commission for Traffic Accident Reconstruction,** ACTAR #1465**.**
- **National Child Passenger Safety (CPS) board certification,** CPS # 709797
- **2012 Tallahassee Volunteer of Year, Business/Government Agency Category,** 34th Anniversary Winner.
- **Low Speed Rear Impact Auto Crash Reconstruction certification.**
- **Outstanding Academic Performance** - Bayer Corporation Award.
- **Award Recipient** for the National Biomedical Engineering Symposium.
- **Eagle Scout** - Boy Scouts of America.

# VIII. FEDERAL RULE 26 LIST

This is a list of cases in which Dr. Jeremy R. Cummings has testified as an expert at trial or by deposition within the preceding four years.

- Ronald Johnson v Shaun M. White, Matthew Beaty, Chad Roop, Jessica Wood, Adam Narvaez, Philip Nix, Mindy Von Ansbach Young, and David Morgan. United States District Court, Northern District of Florida, Pensacola Division. Case No.: 3:15-CV-543-MCR-CJK.
- Olivia A. Lindgren v. State Farm Mutual Automobile Insurance Company. In the Circuit Court of the Fifth Judicial Circuit in and for Citrus County, Florida, Civil Division. Case No.: 2016-CA-000898-A.
- Constance Griffis, Warren Griffis. Her husband, Warren Griffis, as parent and natural guardian for Breanna Griffis and Bryant Griffis vs. John M, Green, Patty Green and Jared M. Green. In the Circuit Court of the Fifth Judicial Circuit in and for Marion County, Florida. Case No. 14-1726-CA-B.
- Larry V. Parker vs Hannah E. Korah and Reju M. Korah. In the Circuit Court of the Eighth Judicial Circuit in and for Alachua County, Florida. Case No.: 2016-CA-2789.
- Cindy M. Parker vs Hannah E. Korah and Reju M. Korah. In the Circuit Court of the Eighth Judicial Circuit in and for Alachua County, Florida. Case No.: 01-2016-CA-2787.
- Keenen E. Davis vs. National Union Fire Insurance Company of Pittsburgh, Pennsylvania, et al. United States District Court, Eastern District of Louisiana, Civil Action No.: 17-CV-08700.
- Tommy Armstrong v. Mike Harrison in his official capacity as Sheriff of Gulf County. In the Circuit Court of the Fourteenth Judicial Circuit in and for Gulf County, Florida. Case No.:17-03-CA.
- Jose Morales v. World Fresh Market, LLC d/b/a Pueblo Supermarket and P.D.C.M. Associates, S.E. In the Superior Court of the Virgin Islands, Division of St. Croix. Case No.: ST-16-CV-280.
- Estate of Kevin Matthews, deceased, by Kim Matthews, Personal Representative v. City of Dearborn and City of Dearborn Police Officer Chris Hampton. In the United States District Court, Eastern District of Michigan, South Division. Case No.: 2:16-cv-13763.
- Daria Myers-Schrage and Mitchell Schrage v. Murano at Portofino Condominium Association, Inc., A Florida Not-for-Profit Corporation. In the Circuit Court of the Eleventh Judicial District in and for Miami-Dade County, Florida. Case No.: 16-024216 CA 01.
- James Schnurr and Christine Schnurr v. J.L. Property Owners Association, Inc. and Jonathan's Landing Golf Club, Inc. In the Circuit Court of the 15th Judicial Court in and for Palm Beach County, Florida. Civil Division. Case No. 2016 CA 009882 XXXXMB.

- Stephen Thomas Traylor, As the Personal Representative of The Estate of Stephen Kyle Traylor, Deceased, v. Fyffe Construction Company, Inc., et al. In the Circuit Court of DeKalb County, Alabama. Case No.: CV2015-900228.

- Marvin Ealey and Gail Ealey v. Publix Supermarkets, Inc. In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida. General Jurisdiction Division. Case #: CACE16-021864-12.

- Darnell Harris and Selita Harris v U.S. Xpress, Inc., Ozaki Robinson, Leon Parker, Family Dollar Trucking, Inc., State Farm Mutual Automobile Insurance Company, ABC Insurance Company, and Def Insurance Company. Civil District Court for the Parish of Orleans. State of Louisiana. Section: "I-14" No. 2016-12685.

- Michael McAllister v BJ's Wholesale Club, Inc., Direct Door, Inc. and Ingersoll-Rand Company d/b/a Dor-o-matic. In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL. Civil Jurisdiction Division, Case no: 13-4995 (AO).

- Donald E. Costantino v Cable Television Installation & Service, LLC, and Bret Ian Blady. In the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. Case No.: 50-2017-CA-000049-XXXX-MB-AK.

- Thomas Robinson v Cole Lambert, A Peterkin, and J Washburn, in their official and individual capacities. United States District Court, Middle District of Florida, Orlando Division. Case No.: 6:15-cv-1896-Orl-22KRS.

- Kim D. Simon v Automobile Club Inter-Insurance Exchange, State Farm Mutual Automobile Insurance Company and Shannon D. Singleton. 24th Judicial District Court for the Parish of Jefferson, State of Louisiana. Case No.: 735-056. Division E.

- Robert Artiles Morejon and Adis Torres Lazo, as Co-Personal Representatives of the Estate of Ernesto Artiles a/k/a Ernesto Alejandro Artiles Torres vs. Martex Corporation; Custom Kolor, LLC; Maintenance Authority Professional Services Inc. d/b/a MAPS Inc.; and FM Roofing Services, Corp. In the Circuit Court of the 11th Judicial Court, in and for Miami-Dade County, Florida. General Jurisdiction Division. Case No.: 2017-003404-CA-01.

- Kneosha McGlon and Katrina McGlown v James Kent Beckham and Centurytel of Alabama, LLC. In the Circuit Court of Houston County, Alabama. Civil Action No.: 2016-900426.

- Dennett Rainey v MEA Fitness, LLC, a Florida company d/b/a Anytime Fitness and Brunswick Corporation, a Delaware corporation. In the Circuit Court of the Second Judicial Circuit in and for Wakulla County, Florida. Case No.: 16000213CAAXMX.

- Rossy Martinez, as Personal Representative of the Estate of Emily Ana Martinez, v Nissan of North America, Inc., a foreign corporation, and Nissan Motor Co. Ltd, a foreign corporation. In the United States District Court, Southern District of Florida, Miami Division. Case No.: 19-cv-20808-KMW.

- Brandi Miller vs Marilyn Murphy and Wayne Brown. In the Circuit Court for Davidson County, Tennessee at Nashville. Case No. 17C2714.

- Sylvia Ellis vs Pilot Travel Centers, LLC, d/b/a Flying J. In the United States District Court, Northern District of Florida, Tallahassee Division. Case No.: 4:19-CV-00219-MW-CAS.
- Barbara Wyatt v Gerald Rummel and Crete Carrier Corporation. In the State Court of Gwinnett County State of Georgia. Civil Action. File No. 18C-04875-S3.
- Angelica Malisham v Vanda Rovis as Personal Representative of the Estate of Giulio Rovis. In the Circuit Court of the 19th Judicial Circuit in and for Indian River County, FL. Case No.: 312018 CA 000834.
- Cheryl Weimar v The Florida Department of Corrections, Keith Turner, and Ryan Dionne. In the United States District Court, Middle District of Florida, Ocala Division. Case No.: 5:19-cv-00548-CEM-PRL.
- Juanita Curry v Greg Bolkosky and Security Safe Company, Inc. In the Circuit Court of the Third Judicial Circuit, in and for the Circuit Civil Division, of Columbia County, Florida. Case No: 2018 CA 422.
- Jason Meador v Starr Indemnity & Liability Insurance Company. In the United States District Court, Eastern District of Louisiana. Civil Action No.: 2:19-CV-02378.
- Jennifer Brackeen v Carrie Hileman. In the Circuit Court for the Fifth Judicial Circuit in and for Marion County, Florida. Case No.: 2019-CA-002095-AX.
- Robert P. Saunders and Cynthia Saunders v Jacob Wayne Harry, Kwon, LLC and/or Shadow Management Company, Inc. d/b/a Platinum West. In the Court of Common Pleas for the Fifth Judicial Circuit. State of South Carolina. Case No: 2017-CP-40-7143.
- Catherine Sumption vs Ollies Bargain Outlet, Inc. In the Seventh Judicial Circuit Court, in and for Flagler County, Florida. Case No.: 2019-CA-000619.
- Miguel Hooks vs Seaberg Builders, Inc. In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, FL, Civil Division. Case No.: 18-CA-5971.
- Dansanto McCoy vs Charles Edward Gordon, et al. Civil District Court for the Parish of Orleans. State of Louisiana. Div. E (16). No.: 2017-03869.
- Alvin Hall vs Robert J. Waters. In the Circuit Court of the Eighth Judicial Circuit in and for Alachua County, Florida. Case No.: 2019 CA 002447.
- Annette Adams vs United States of America. United States District Court Middle District of Florida, Jacksonville Division. Case No.: 19-CV-01049.
- Alexus Natividad, Candy Wilkerson, and Jizelle Natividad, Jennifer Leija, vs 3N Oilfield Services LLC and Nicholas Moore. In the District Court of Ector County, Texas. 70th Judicial District. Cause No.: A-19-11-1480-CV.
- Linda Anne Stewart vs White's Plumbing, Inc., and James Perry Laird. In the Circuit Court of the Second Judicial Circuit in and for Gadsden County, Florida. Case No. 2020 CA 0000328.
- James Shelfer as Personal Representative of the Estate of Jacob Cowden vs Restaurant Technologies, Inc. and Robert Gollub. In the Circuit Court of the First Judicial Circuit in and for Walton County, Florida. Case No. 19-CA-500.

- Jeremy B. Pollard and Rebeca Lynn Garcia-Carranza vs Michael J. Burke and Burke Racing Stable, LLC, a Foreign Limited Liability Company. In the Circuit Court, Seventh Judicial Circuit, in and for Volusia County, Florida. Division 31. Case No.: 2019-30106 CICI.
- Vanessa Cole, Personal Representative of Estate of Roy Richards, Jr. v Dennis Hutchins, et al. United States District Court for the Eastern District of Arkansas. Civil Action No.: 4:17-CV-553.
- Ivis Marinello and Henry Marinello v Michaels Stores, Inc. In the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida. Case No.: 13-2020-CA-014447-0000-01.
- Yulieski Echevarria Gonzalez v Goodwill Industries of South Florida, Inc. and Shoon Properties, LLC. In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida. Civil Division. Case No.: CACE 18-023977 Div 18.
- Karen D. Chancey v Cole A. Warren and Bryce Warren. In the Circuit Court, Fourteenth Judicial Circuit in and for Gulf County, Florida. Case No.: 2018-CA-0040.
- Nirma Hill v 3G Investment Group, Inc; Buena Vista Deli, LLC. In the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. Civil Division. Case No.: 2019-010085-CA-01.
- Marisa Porras, Plaintiff v United States of America, Defendant and United States of America, Counterclaim Plaintiff v Marisa Porras, Counterclaim Defendant. United States District Court Middle District of Florida. Tampa Division. Case No.: 8:21-CV-00423-VMC-JSS.
- Betzaida Gomez, as Personal Representative for the Estate of Betzaida Rodriguez Rivera v FedEx Ground Package Systems, Inc, Ground Linehaul, Inc., and Lori McMillian. In the Circuit Court of the 9th Judicial Circuit in and for Orange County, Florida. Circuit Civil Division. Case No.: 2020-CA-007030-0.
- Tonya Rudder v TNAL Motors, LLC d/b/a Twin City Used Car Sales, Automobile Dealer's Association of Alabama Alabama Worker's Compensation Self Insurance Fund, and David Shane Lipscomb. In the Circuit Court of Dekalb County, Alabama. Civil Action No.: CV-19-900063.
- John Michael Washington and Kim O. Washington vs Corey E. Rhoden and Fastenal Company. In the Circuit Court of the Third Judicial Circuit, in and for Hamilton County, Florida. Case No.: 2020-CA-000063.
- Harry and Pamela Singletary vs American Multi-Cinema, Inc. In the Circuit Court, Second Judicial Circuit in and for Leon County, Florida. Case No.: 15-CA-935.
- Matthew N. Walters vs Timothy S. Willis and Steven J. Willis. In the Circuit Court of the Eighth Judicial Circuit in and for Alachua County, Florida. Case No.: 01-2020-CA-002966.
- James Curtiss vs Perry Legrand and Auto-Owners Insurance Company. In the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida. Civil Division. Case No.: 2021-CA-911.

- Jeffrey Kent Carley vs Bambilynn Kathleen Stewart and William Kirby Stewart, Jr. In the Circuit Court of the Fifth Judicial Circuit in and for Marion County, Florida. Case No.: 2020-CA-001006.
- Dorothy Bazan vs Carnival Corporation. United States District Court, Southern District of Florida, Miami Division. Case No.: 20-20577-cv-WILLIAMS/McAliley.
- Winifred Lorenzo Curry vs Marcus Allen French. In the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida. Case No.: 2019-CA-2085.
- Hallae Aarhus and John Van Steenkiste, her husband, vs Jasmine E. Walker, Garrison Property and Casualty Insurance Company, a foreign corporation and USAA Casualty Insurance Company, a foreign corporation. In the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. Case No.: CACE-22-000321 – Division 18.
- Stephen Libardoni vs Michelle Wojtowicz, Auto-Owners Insurance Company, and Geico General Insurance Company. In the Circuit Court, Eighth Judicial Circuit, in and for Alachua County, Florida. Case No.: 01-2021-CA-2423.
- Zachary Davis and Taylor Hernandez vs Toys for Lease, Incorporated and William Henry Simon. In the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, State of Florida. Civil Division. Case No.: 22-000697-CI.
- Francisco Guerra v United States of America. United States District Court Middle District of Florida Tampa Division. Case No.: 8:20-cv-00653-MRM.
- Molly Durbin, individually, and as guardian and parent of E.D., a minor, and as guardian and parent of A.D., a minor, vs United States of America. United States District Court Middle District of Florida Tampa Division. Case No.: 8:22-cv-00616-VMC-AEP.
- Jada Miller v School Board of Alachua County, Florida. In the Circuit Court of the Eighth Judicial Circuit, in and for Pinellas County, Florida. Case No.: 01 2022 CA 002260.
- Daniel Mowery v Wendy's International, LLC, JAEA Restaurant Holdings, LLC, LQ Management, LLC, and Cubesmart, LP. In the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida. Case No.: CACE-19-002833 (05).
- Kathryn Fittro v United States of America. United States District Court, Middle District of Florida, Tampa Division. Case No.: 8:21-cv-2635-SDM-JSS.
- Moises Elias v James Etheredge. In the Circuit Court of the 19th Judicial Circuit in and for Indian River County, Florida. Case No.: 312022CA000130XXXXXX.
- John Lee v James Harvi. In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida. Case No.: 50-2022-CA-002195-XXXX-MB (AB).
- Minkel White v Donald Vaughn and Reliable Carriers, Inc. In the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County. Florida Civil Division. Case No.: 2022-CA-013860.
- Diane M. Lybarger, as Personal Representative for the Estate of Decedent, Marissa Lybarger v Skanska-Granite-Lane, a Joint Venture d/b/a SGL Constructors, collectively and its members

individually, et al. In the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. Case No.: 2019-CA-010699-O.

- Richard Potter v Brian Ragusa, Joseph Ragusa, and Coastal Plain Construction, Inc. In the Circuit Court, Seventh Judicial Circuit, in and for St. Johns County, Florida. Case No.: 2021-CA-1405. Division: 55.

- Richard Jauregui Perez v Matthew Thomas Jerabek and Mr. Dry Out, Inc. In the Circuit Court of the Thirteen Judicial Circuit in and for Hillsborough County, Florida. Civil Division. Case No.: 21-CA-000413.

- Joseph Helfinstine, as Personal Representative of the Estate of Tammy Helfinstine Andrews, Deceased and John Simms, as parent and natural guardian of Jacob Simms, a minor v Saw Unlimited Group, LLC, a Florida Corporation, BLK Transport, LLC, a Florida Corporation, J Sierra Investments, LLC, a Florida Corporation, LCAP Equipment, LLC n/k/a BIK Equipment LLC d/b/a Bravado Trucking, a Florida Corporation, Piobari Leasing, LLC, a Florida Corporation, Deimien Jorge Reyes Romero, Bulk Express Transport, Inc., a Florida Corporation, Soiltech Distributors, Inc., a Florida Corporation, STD Enterprises, Inc., and Ashbritt, Inc., A Florida Corporation. In the Circuit Court of the 19th Judicial Circuit in and for Okeechobee County, Florida. Case No.: 472018CA000222CAAXMX.

- Keean Mclean v Derek Badgley Van Horn, an individual, and David Badgley Van Horn, an individual. In the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida. Case No.: 16-2021-CA-000423. Division: CV-B.

- Sherry Savoie v Landrieu Concrete and Cement Industries, LLC, RLH Investments, LLC, Clear Blue Specialty Insurance Company, and Wilbert Bartholomew. Civil District Court for the Parish of Orleans. State of Louisiana. No.: 2019-10464. Div. C.

- Jimmie Williams v Ron Mart Transport Corp., a Florida Corporation, and Olvein Emilio Botello Gonzalez. In the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida. Circuit Civil Division. Case No.: 2022-31643 CICI.

- Mireya Miranda and Jose Miranda v Ross Dress For Less, Inc. d/b/a DD's Discounts. In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida. Case No.: 2020 005023 CA 01 (32).

- Melissa Stelter v Ferdinand Torres, Adam Schneider, and Hyland Filter Services Owensboro, Inc. In the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. Civil Division. Case No.: 2023-CA-010898.

- Thomas A. Eason and Michelle Radaszewski v United States of America. United States District Court, Middle District of Florida, Orlando Division. Case No.: 6:22-cv-801-JSS-RMN.