*Revised 02/04*

## SHERIFF'S OFFICE

# LAW ENFORCEMENT EMPLOYMENT APPLICATION FORM

The Sheriff's Office is an Equal Employment Opportunity Employer. We consider applicants for all positions without regard to race, color, national origin, sex, age, disability, marital status, religion or any other legally protected status.

**NOTICE:** The following additional documents must be attached to this application:
1. A certified copy of birth certificate
2. A certified copy of high school diploma or Florida Police Standards approved G.E.D.
3. A copy of military discharge(s).

_Bradford_ COUNTY    DATE: _7-20-17_

POSITION APPLYING FOR:
- ☑ Deputy Sheriff
- ☐ Correctional Officer
- ☐ Law Enforcement Academy Sponsorship or Internship
- ☐ Law Enforcement Related Non-Certified Positions (Other positions use other application form)

## INSTRUCTIONS

Application must be typewritten or printed legibly in ink. All questions must be answered. Applications which are not complete will not be considered. If space provided is not sufficient for complete answers or you wish to furnish additional information, attach sheets of the same size as this application, and number answers to correspond with questions.

I understand that the submission of this application for sponsorship to a law enforcement academy does not constitute an application for employment or appointment with the sponsor-law enforcement agency. Moreover, I understand this law enforcement agency is under no obligation to sponsor me as a candidate for any law enforcement training program.

## PERSONAL HISTORY

1. Full Name:

   _Sumner_ (Last Name)   _Dalton_ (First)   _Ray_ (Middle)   ___ (Abbv.)

2. Other: List all other names you have used including circumstances and time periods you used them. (For example: maiden name, former name(s), alias(es), or nickname(s).

| Name | Circumstance | Dates From Mo./Yr. | Dates To Mo./Yr. |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

## BACKGROUND INFORMATION

THIS INFORMATION IS REQUIRED TO CONDUCT BACKGROUND INVESTIGATION ONLY!

1. Date and Place of Birth:

   Date of Birth _____  City _____  County _____  State: Florida  Country (if not the United States): US

2. Are you a United States citizen?  ☒ Yes  ☐ No

   If naturalized, please provide: _____ Date _____ Place _____
   Court _____ Naturalization No. _____

3. Marital Status:  ☐ Married  ☐ Divorced  ☐ Separated  ☐ Widowed  ☒ Never Married

4. Do you have or have you ever applied for a passport?  ☐ Yes  ☒ No  Passport No. _____

5. Height: 6'01"    Weight: 220 lbs.

## EDUCATION/TRAINING

1. 

| High School Name/Address | Dates Attended Mo./Yr. From | Dates Attended Mo./Yr. To | Years Completed | Did You Graduate? | Type of Diploma |
|---|---|---|---|---|---|
| Bradford County High | 2011 | 2012 | 2 | | |
| Union County High | 2012 | 2014 | 2 | Yes | Fl. High School |

2. 

| *College/University Name/Address | Dates Attended Mo./Yr. From | Dates Attended Mo./Yr. To | Credit Hours Earned Qtr. | Credit Hours Earned Sem. | Did You Graduate? | Type of Degree |
|---|---|---|---|---|---|---|
| Florida Gateway College | 9/2016 | 7/2017 | | | Yes | FDLE certificate |
| | | | | | | |
| | | | | | | |

*Attach diploma or official transcript from last institution of higher education attended.

Major _____  Minor _____

3. Other Schools (Trade, Vocational, Business or Military):

| Name/Address | Dates Attended Mo./Yr. From | Dates Attended Mo./Yr. To | Credit Hours Earned | Area of Study | Did You Graduate? | Type of Degree or Certificate |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

## APPLICANT'S CERTIFICATION

I understand that my appointment or employment will be contingent upon the results of a complete background investigation. I am aware that any omission, falsification, misstatement or misrepresentation will be the basis for my disqualification as an applicant or my dismissal from the Sheriff's Office. I agree to the conditions and certify that all statements made by me on this application are true, correct and complete, to the best of my knowledge. I further fully understand and consent to a polygraph examination concerning the veracity of my responses to the information requested on this application or which is discovered as a result of the background investigation, or any physical examination or drug test. I also understand that I will be fingerprinted. I understand that this employment application shall become the property of the Sheriff's Office and that it and the information received in response to the background examination are public records.

I also understand that I may be required to furnish the Sheriff's Office with a copy of my Income Tax Return for the year preceding this application and for each year during my employment or appointment.

I further understand and agree that my employment or appointment will be contingent upon the results of a complete drug test and that I may be required to take drug tests during the term of my employment or appointment with the Sheriff's Office.

I understand that the use of drugs or alcohol is not permitted, during work or duty time, whether paid or unpaid, in the areas, including vehicles, where work is performed by employees or appointees.

I understand that my continued employment or appointment may be contingent upon the results of medical or psychological examinations that I may be required to take during the term of my employment or appointment and the maintenance of personal physical fitness, to the degree necessary, to satisfactorily perform the duties of my position or assignment with the Sheriff's Office.

I further authorize the Sheriff's Office or agent of the Sheriff's Office, without need of further authorization, to obtain medical records allowed by law if I claim rights to payment or receipt of any benefit pursuant to state or federal law.

I further agree to executive any authorization as may be required by the Health Insurance Portability Accountability Act of 1996 (HIPAA) for health care providers to release the necessary medical information to process my application for employment.

I understand and agree that any employment or appointment offered to me will be contingent upon my acceptance of compensatory time off, instead of cash, in payment for overtime hours that I work, to the extent allowed by law. I understand, however, that the Sheriff has the absolute discretion to periodically substitute cash, in whole or part, for my accrued compensatory time.

I authorize any of the persons or organizations referenced in this application to furnish information, personal or otherwise, regarding my ability and fitness for employment or appointment with the Sheriff's Office and I release all such parties from any and all liability for any damage that might result from furnishing such information to the Sheriff's Office.

I agree to conform to the rules, regulations and orders of the Sheriff's Office and acknowledge that these rules, regulations and orders may be changed, interpreted, withdrawn or added to by the Sheriff's Office, at its discretion, at any time and without any prior notice to me.

I understand an investigation will be conducted on all of the information listed on this application. Because of this, are you aware of any information about yourself or any person with whom you are or had been closely associated (including relatives, roommates) which might tend to reflect unfavorably on your reputation, morals, character or ability?   ☐ Yes   ☒ No
If yes, provide your version or explain fully any such incident.

Signature of the applicant as usually written: *Dalton Sumner*   Date: 7-31-19

Witnessed by: *Cheryl F. McIntis*