

```
RUN DATE: 12/08/20                    North Florida  EDM  *LIVE**                          PAGE 1
RUN TIME: 0641                        EMERGENCY PATIENT RECORD
RUN USER: HPF.FEED
```

Patient: TSOLKAS,PETER                       Age/Sex: 39/M                    Acct No: H00136559323
EDM Provider: Schriever,Paul MD, 2hcaActive                                   Unit No: H000955735

### GENERAL DATA

ED Physician: Schriever,Paul MD, 2hcaActive    Arrival Date/Time: 12/06/20 - 1754
Practitioner:                                  Triage Date/Time:  12/06/20 - 1757
Nurse: Gaskins,Laura, RN                       Date of Birth: 12/28/1980

Stated Complaint: SHOULDER INJURY
Chief Complaint: Wound Evaluation              Priority: 3
Status Event History:
    12/06/20  1754 Reception
              1757 With RN
              1758 With Physician/Practitioner
              1809 Triaged
              1905 Departed
              1910 Off Tracker

MODE OF ARRIVAL

AMBULANCE

### ALLERGIES

No Known Drug Allergies

### ASSESSMENTS

Rapid Assessment

Occurred                                  Recorded
Date      Time User                       Date      Time User
12/06/20 1757 Gaskins,Laura, RN           12/06/20 1809 Gaskins,Laura, RN

- - HEIGHT/WEIGHT - -
Height ft: 5
Height in: 6
Height source: Stated/Reported
Weight kg: 81.818
Weight source: Stated/Reported
BMI calculated: 29.1

Patient:TSOLKAS, PETER   MRN:H000955735   Encounter:H00136559323   Page 1 of 5

TSOLKAS
00009