UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| Peter (Panagioti) Tsolkas,<br><br>    Plaintiff,<br><br>v.<br><br>Deputy Dalton Sumner,<br><br>    Defendant. | Case No. 3:23-cv-01428-WWB-PDB |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. JEREMY CUMMINGS**

Plaintiff Peter (Panagioti) Tsolkas responds to Defendant Dalton Sumner's *Daubert* motion pertaining to Dr. Jeremy Cummings [ECF No. 24] as follows:

1. After careful consideration, Plaintiff stipulates not to call Dr. Cummings as an expert witness, or otherwise, at trial.

2. Accordingly, Plaintiff asks that the Court deny Defendant's motion as moot.

Dated: December 23, 2024

                                      Respectfully submitted,

                                      */s/ James M. Slater*
                                      James M. Slater (FBN 111779)
                                      Slater Legal PLLC
                                      2296 Henderson Mill Rd NE #116
                                      Atlanta, GA 30345
                                      james@slater.legal
                                      Tel. (305) 523-9023

        Joshua Tarjan (FBN 107092)
        The Tarjan Law Firm P.A.
        12372 SW 82 Avenue
        Pinecrest, Florida 33156
        josh@tarjanlawfirm.com
        Tel. (305) 423-8747

        *Attorneys for Plaintiff Peter Tsolkas*