UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| Peter (Panagioti) Tsolkas,<br><br>    Plaintiff,<br><br>v.<br><br>Deputy Dalton Sumner,<br><br>    Defendant. | Case No. 3:23-cv-01428-WWB-PDB |

## **PLAINTIFF'S NOTICE OF FILING**

Plaintiff Peter (Panagioti) Tsolkas gives notice of filing the following documents in connection with his response to Defendant's Motion for Summary Judgment [ECF No. 23]:

1. Excerpted deposition transcript of Peter (Panagioti) Tsolkas.

2. Excerpted deposition transcript of Deputy Dalton Sumner.

3. Deposition transcript of Brackin Camp.

4. Affidavit of Kaithleen Hernandez.

5. Declaration of James M. Slater (documents listed in items nos. 6-7 below are exhibits to this declaration).

6. Bradford County Sheriff's Office Standard Operating Guidelines on Civil Disturbances/Mass Arrests.

7. Plaintiff's Response to Deputy Sumner's First Set of Interrogatories.

Dated: December 31, 2024.

                Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, GA 30345
james@slater.legal
Tel. (305) 523-9023

Joshua Tarjan (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, Florida 33156
josh@tarjanlawfirm.com
Tel. (305) 423-8747

*Attorneys for Plaintiff Peter Tsolkas*