1

```
1              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
2                 JACKSONVILLE DIVISION

3    PETER (PANAGIOTI) TSOLKAS,

4        Plaintiff,

5    v.                    Case No.: 3:23-cv-01428-WWB-PDB

6    DEPUTY DALTON SUMNER,

7        Defendant.
     _____/
8

9

10

11

12            DEPOSITION OF BRACKIN MICHELLE CAMP
                 TAKEN ON BEHALF OF DEFFENDANT
13                   (Via Videoconference)

14

15         DATE TAKEN:    Wednesday, October 24, 2024

16         TIME:          10:04 a.m. - 10:41 a.m.

17         REPORTED BY:   Doreen Mannino, Certified Reporter
                          For the Record Reporting, Inc.
18                        519 East Park Avenue, Suite 4
                          Tallahassee, Florida 32301
19

20

21

22

23

24

25
```

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

```
 1    APPEARANCES OF COUNSEL:

 2    On behalf of the Plaintiff:

 3    JAMES M. SLATER, ESQUIRE
      Slater Legal, PLLC
 4    113 South Monroe Street
      Tallahassee, Florida 32301
 5    james@slater.legal

 6    JOSHUA TARJAN, ESQUIRE
      The Tarjan Law Firm P.A.
 7    12372 SW 82 Avenue
      Pinecrest, Florida 33156
 8    josh@tarjanlawfirm.com

 9    On behalf of the Defendant:

10    MATTHEW J. CARSON, ESQUIRE
      Sniffen & Spellman, P.A.
11    123 North Monroe Street
      Tallahassee, Florida 32301
12    (850) 205-1996
      mcarson@sniffenlaw.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1          **I N D E X**

2   DEPOSITION OF BRACKIN MICHELLE CAMP                    PAGE
    Direct Examination by Mr. Carson                         4
3   Certificate of Oath                                     29
    Certificate of Reporter                                 30
4   Errata Sheet                                            31

5

6

7                       **\*\*\*NO EXHIBITS\*\*\***

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1          **D E P O S I T I O N**

2               THE COURT REPORTER:  Ms. Camp, would you

3          please raise your right hand?

4               Do you swear or affirm that the testimony you

5          shall give will be the truth, the whole truth, and

6          nothing but the truth?

7               THE WITNESS:  Absolutely.

8     THEREUPON,

9                    BRACKIN MICHELLE CAMP,

10    having been first duly sworn by this court reporter,

11    was examined and testified upon her oath as follows:

12                    **DIRECT EXAMINATION**

13    BY MR. CARSON:

14         Q.   Ms. Camp, my name is Matt Carson.  I'm the

15    one who asked you to sit for your deposition today.

16    Most of what will happen is me and you going back and

17    forth.  I'll have some questions.  Just be mindful we

18    were having a little bit of trouble hearing you,

19    although, we can you hear you speaking.  But, Ms.

20    Camp, so long as you can hear me and I can hear you,

21    that's the most important part.  The other two

22    gentlemen on the call, Josh Tarjan and James Slater,

23    they represent Peter Tsolkas in this action.

24              Ms. Camp, have you ever had your deposition

25    taken before?

5

1      A.    Never.

2      Q.    Okay.  There's just a handful of rules that
3  I'm going to go over to make this go quickly and
4  relatively painless.  The first is as you know we have
5  a court reporter and she's taking down everything I
6  say and everything you say.  And she's the only one on
7  this call that can do her job.  It's exceedingly
8  difficult.  But as good as she is, she can only take
9  down one person at a time.  So it's very important
10  that you wait until I'm done asking my question before
11  you start your response and I will give you the same
12  courtesy.  Is that okay?

13      A.    Yes.

14      Q.    The other thing is as she's taking down
15  everything we say it's important that if I ask you a
16  question that calls for a yes or no answer that you
17  give me a yes or no answer.  If you just shake your
18  head or nod your head or say huh-huh or uh-huh, it
19  doesn't make for a good transcript.  And because we're
20  on Zoom if I ask you a question and I don't hear your
21  response, I may ask you to repeat it just to make sure
22  that the court reporter also heard it.  Does that make
23  sense?

24      A.    Yes.

25      Q.    Perfect.  What is your current address?

```
 1        A.   It is ███████████████████████
 2   ████████████████████████████.
 3        Q.   And what's your phone number?
 4        A.   ██████████████.
 5        Q.   Do you have any plans to move in the next 6
 6   to 12 months?
 7        A.   Yes.
 8        Q.   Where are you moving?
 9        A.   I'm not sure, but it will probably be South
10   Florida, Lake Worth or somewhere in Palm Beach County.
11        Q.   When do you plan on moving?
12        A.   My lease is up at the end of this year, so
13   hopefully by January 1st.
14        Q.   Will you likely keep the same cell phone
15   number?
16        A.   Absolutely.  I've had it for almost 20 years.
17        Q.   Perfect.  Did you do anything to prepare for
18   today's deposition?
19        A.   I went back and watched the video that I had
20   recorded from that day.  And I also checked in with
21   James yesterday about what a deposition was and about
22   how to get on this call because I didn't really know
23   the process.
24        Q.   You said you really didn't understand the
25   process?
```

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

7

1          A.   Yes, I never had a deposition just like you

2     asked me if I ever had a deposition.  He just said to

3     share what I remembered and to show up.

4          Q.   Did you watch any other videos other than the

5     one you took?

6          A.   Never.  I've never seen any other videos.

7          Q.   Which video did you take?  Can you describe

8     it for me?

9          A.   Yes.  I was the one- I don't know what videos

10     you have, but I took a video where I was walking

11     towards the car and I looked to the left of me and

12     started walking forward because this is when I saw the

13     sheriff that had Panagioti.  At that point I was on

14     the driver side of the Honda and I was two cars down

15     from it.  And so I was going to get into my car.  I

16     started walking toward- so what you'll see in the

17     video is me walking in front of the Honda coming

18     towards it.

19          Q.   Do you know the name of the video, the file

20     name of the video?

21          A.   No.

22          Q.   How did you watch it?

23          A.   I watched it on my phone.

24          Q.   So did you take it with your phone?

25          A.   Yes, I took it with my phone.

8

1      Q.    And is it on the same phone currently that

2   you originally captured the video?

3      A.    Yes.

4      Q.    Is that the same phone that you're giving

5   this deposition on?

6      A.    I believe so.  That was asked of me a few

7   years ago.  And there might have been another phone

8   that I had at that time, because it was 2022 and I

9   have upgraded my phone.  But the way the phone works

10  is that everything transfers.  Like, everything from

11  whatever amount that you had in an iPhone, so that's

12  the amount of time.  I think it goes back to like 2015

13  or something.

14     Q.    Did you talk to Mr. Tsolkas about this case?

15     A.    Have I ever talked to him about this case?

16     Q.    Yes, ma'am.

17     A.    Absolutely.  When he was released from prison

18  I was one of the first people that saw him.  He's a

19  long time friend of mine.  His partner has been my

20  best friend for over 25 years and I was at the birth

21  of their first child, so I have a very intimate

22  relationship with Peter known as Panagioti.  And I was

23  the person who first saw his injury.

24     Q.    When did you see his injury?

25     A.    When he was released he came back to where he

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

9

1    was living in Gainesville and I was there.  I had made

2    some food for him and I saw the injury.  And my

3    profession is that I'm a massage therapist.  But I

4    work in medical massage, so I'm very accustomed to

5    seeing injuries, surgeries, accidents.  And when I saw

6    it, I was horrified.  He couldn't lift his arm.  He

7    had no mobility.  At that moment knowing what I know

8    as a massage therapist I knew I could not massage him

9    at that time, that it needed to be healed.  And so

10   there's a salve that I work with that helps with

11   injures, so I rubbed that on there.  But it was really

12   brutal.  I was- the whole arrest was brutal as it was

13   and I had no idea that he was harmed like that.  It

14   still to this day haunts me.  Honestly, this morning I

15   started crying because there were children that

16   watched.  His children watched his arrest as well as

17   all these other children that were in the back seat

18   where he was pushed up against the car.  So a lot of

19   trauma that, you know, it's like we store the trauma

20   in our body, and I'm still experiencing what I felt

21   that day four years later.  So yeah, I was one of the

22   first people that he saw when he was released from

23   jail.

24        Q.    You said you rubbed a salve on his shoulder?

25        A.    Yes.  I'm an herbalist as well and so a salve

10

1    would be like a topical something that you put on an

2    injury, you know.  In this case, it was what's called

3    Calendula.  It's a name of a plant that helps with

4    repairing tissue.  It helps with infection, because it

5    looked infected.  So from what I understand is that he

6    was taken immediately to the emergency room after he

7    was arrested and he got stitches and then he was taken

8    to prison.  And I don't know how they take care of

9    that once he's in prison.  Of course, I put alcohol on

10   it as well, you know.  It wasn't just a salve.  But,

11   you know, you clean it out and then put the salve to

12   help repair the tissue.

13        Q.   Is that salve more for the injury to the

14   skin, or is it more for the underlying muscle?

15        A.   With Calendula it can definitely do both.  If

16   you have stitches it's really good to put on the

17   stitches, but it also helps with the skin around it

18   where it's been stitched.  There's other herbs you

19   would use later after that is sealed up.  With it

20   being such a recent injury you wouldn't want to put

21   some oil that would go down deep and make it more

22   infected.

23        Q.   You said his children watched his arrest?

24        A.   I believe that they saw it.  I know that they

25   were there and they were in the car next to it.  I

11

1    know for a fact that the children in that back seat of

2    the car where he was pushed down on the trunk saw it

3    and were majorly traumatized.  I know that as a fact

4    because after the arrest we all had to have a process

5    and really calm the kids.  It was really traumatic.

6        Q.   So I want to be careful because you said

7    earlier that his kids watched his arrest and now

8    you're saying that you believe they saw it?  It's

9    important that-

10       A.   Thank you.  They were in the car next to

11   where his arrest was and I know that they have talked

12   about his arrest.  So I am making an assumption that

13   they saw it, but they were in the car next to where

14   his arrest was.  I do know for a fact the kids in that

15   back seat saw it and turned around and saw him on the

16   back of the car.

17       Q.   That's when he was being placed in the

18   handcuffs?

19       A.   Exactly.

20       Q.   Why was that traumatic?

21       A.   Because of the excessive force that was being

22   used when he was pushed down and then Panagioti very

23   calmly saying, you know, we- he was being very calm in

24   the moment.  And to then see him pull him off of the

25   side of the car and drag him a number of feet before

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

12

1    he was pushed down very excessively, I mean, to the

2    level that you puncture a shoulder.  Like, he was

3    pushed down onto the ground by this officer, so I

4    don't know how that couldn't be traumatizing for kids

5    to see and everyone else that was around to watch

6    that.  It was brutal.

7        Q.   Let's take it in chunks.  So he's being

8    placed in handcuffs and he's being held against the

9    back of the Honda, correct?

10       A.   Yes.

11       Q.   Is it your testimony that you believe the

12   force being used to place him in hand restraints at

13   that time was excessive?

14       A.   I do feel like it was excessive because he

15   pushed him down to get the handcuffs and then

16   Panagioti leaned up and that's when he started

17   talking.  So whoever's in that back sit including

18   myself recording it watched as he got pushed down.

19   And, I mean, I think it's always traumatizing for a

20   child to watch someone get arrested.  I can't imagine

21   that that's not just like what is going on, why is

22   this policeman doing this to someone who is getting in

23   the car to leave.  Like, we were all asked to leave

24   and we were complying with what was asked.  And it

25   felt to me very targeted.  It was like why choose him.

13

1    Like, we were all going to our cars.  He was getting

2    in the car when he was taken, you know.  So I don't

3    understand that.

4        Q.    Your testimony is is that Ms. Tsolkas was

5    getting in his car when he was placed under arrest?

6        A.    It seemed to from what I looked at is that

7    he's on the right side of the Honda.  His family's car

8    is next to his.  So like the car that he was in or

9    that I suppose that he drove in is next door to the

10   car where the Honda is.  So what I saw the video that

11   I had taken you can see from the side of the Honda

12   between the two cars.  I mean, he was leaving the

13   scene when this happened.  So I don't know if he was

14   trying to get in that back seat or get in that car to

15   leave in the Honda or if he was trying to get in that

16   one.  But the cars were parked really close together.

17   We were leaving the scene.

18       Q.    What car was his family car?

19       A.    That I don't know.  I'd have to go back and

20   look at the video.  It's the car that's next to the

21   Honda.

22       Q.    Okay.  So if I'm facing the road, right?

23       A.    Yes.

24       Q.    And there's cars lined up on the side of the

25   road, correct?

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

14

1      A.   Correct.

2      Q.   If I'm facing the road and I'm looking at the

3  Honda on which Mr. Tsolkas was arrested, which way was

4  his family car to the right or to the left?

5      A.   Looking at the front of the Honda it would be

6  to the right because there's a truck on the left side.

7      Q.   Have you talked to Mr. Tsolkas about this

8  lawsuit?

9      A.   No, he's been very, very I guess the word

10  would be like he's told me that he's not allowed to

11  talk about this.  He says I want you from your

12  experience to talk about what you saw.  That's what

13  he's told me.  And so I think he's under strict

14  guidelines from his lawyer not to talk about it.

15  That's all I can think of.  That's all I can

16  understand from that.

17      Q.   So let's talk about the protest.  What were

18  you wearing at the protest?

19      A.   Oh, my goodness.  I don't have any photos of

20  me from the protest because I was the one recording,

21  so I don't know what I was wearing honestly.

22      Q.   Did you have a noisemaker?

23      A.   Nope.

24      Q.   Did you have a sign?

25      A.   I didn't.  I didn't really participate in

15

1    that part of it, no.

2         Q.   Then the group sponsoring the protest or

3    helping mobilizing folks to get to the protest was

4    Florida Prisoner Solidarity, correct?

5         A.   I-

6              MR. SLATER:  Object to the form.

7    BY MR. CARSON:

8         Q.   That's fine.  Let me ask the question again.

9    Were there groups sponsoring the protest?

10        A.   Probably, but that's not the reason I was

11   there.  I'm not a part of that group.

12        Q.   That was my next question.  Are you a member.

13             So why were you at the protest?

14        A.   It's really emotional to talk about, so I'm

15   just going to just- just have patience with me.

16        Q.   Sure.

17        A.   Our friend had just died the week before that

18   and she was beloved to so many people, and her work

19   was around supporting and advocating for prisoners.

20   And even though I wasn't involved in that work I

21   really loved and cherished her and admired her.  And

22   so it was a memorial for Karen.  And the way that it

23   turned out that day with the arrest and it just it

24   still- I can feel it in my heart.  I still feel really

25   like pained by the whole experience to be honest with

16

1    you.  It was really a hard time that we all were going

2    through and grieving as a group of friends and- that's

3    enough.  I think that's why I was there.  It was a

4    memorial for Karen and I wanted to be there.  And I

5    really wanted- the idea that I understood is that we

6    were going to the state prison for the prisoners

7    within the prison to know that she had passed because

8    she was such a big person within the prison.  Everyone

9    knew her name.  I mean, everyone is an exaggeration.

10   Many people knew her name within the prison and knew

11   they could depend on her to contact and to talk about

12   their cases.  She was a huge prison advocate.  And I

13   just really admired her and I wanted to show up and be

14   present for that.

15        Q.   So what car did you arrive in?

16        A.   Honestly, I road with someone else and I

17   would have to ask what the name of that car was.  But

18   I was from what I counted two cars down from where the

19   incident happened.  I road with a person that had two

20   kids in her car too.  Was she pregnant at the time?

21   Well, she had one child in the car and she was

22   pregnant is what I remember if it was November 2020.

23   I think she had the baby in December or January.

24        Q.   I'm sorry.  We don't have very much time with

25   you, and so if you don't remember you can just say you

17

1    don't remember.

2        A.    I'm going back.  You're asking me a question

3    from four years ago whose car it was.

4        Q.    All right.  So a number of cars show up at

5    the prison and were you there at the beginning of the

6    protest?

7        A.    I think so because we all caravanned.  Like,

8    there was a caravan of us.  I remember us driving to

9    the prison and then parking in front of it

10    (indicating).

11        Q.    You just drew like a figure eight almost with

12    your hand and so I want to make sure that's captured.

13    So the caravan of cars shows up, you guys drive

14    through the parking lot of the prison, correct?

15        A.    Yes.

16        Q.    And for a moment you guys are blocking

17    traffic, correct?

18        A.    I don't believe we ever blocked traffic.  I

19    believe we just kept going.  I don't remember that if

20    that was the case.

21        Q.    You don't remember the cars ever stopping on

22    the road?

23        A.    No, I don't remember that honestly.  That's

24    my best answer.  No, I don't remember.

25        Q.    Somebody put red paint on the road, correct?

18

 1    A.    If there was red paint on the road, I don't

 2  remember that either.  I came out and parked and then

 3  I was in the front of the building, you know, on the

 4  side on the grassy part.

 5    Q.    Somebody hung a banner from the entrance to

 6  the prison, correct?

 7    A.    I do remember seeing a banner, yes.

 8    Q.    Do you remember what it said?

 9    A.    No, I don't remember what it said.  I

10  remember a lot of the signs just said like *In Prison*,

11  like, *Slavery*, *Remember Karen*.  But I don't remember

12  that sign.

13    Q.    Do you remember somebody had painted an

14  anarchy symbol on the entrance to the prison, correct?

15    A.    That I didn't see either.  I mean, we were

16  driving and parked over here.  Like, where I was from

17  the vantage point that I was at I was over here in

18  this grass (indicating), so I never got close to the

19  gate.

20    Q.    Somebody was setting off fireworks, correct?

21    A.    I don't know anything about that.  If there

22  were fireworks, I do not remember that.  I remember a

23  lot of noisemakers.  I don't remember that.  If

24  somebody was doing that I don't remember it.

25  Fireworks I don't remember, no.

19

```
 1        Q.   Do you remember law enforcement telling you

 2   that you had to leave?

 3        A.   Absolutely, yes, because we were all leaving

 4   at the time the arrest happened.

 5        Q.   Why were you leaving?

 6        A.   Because we were asked to leave.

 7        Q.   What did you hear?  Do you remember the

 8   specific announcement?

 9        A.   It's not in the video, so I don't remember.

10   But I just remember like the message being get in your

11   cars, leave, you know, return to your cars.  I don't

12   remember the exact words.  I just know it said go to

13   your cars.

14        Q.   Right.  So you took a video that included

15   Deputy Sumner's interaction with Mr. Tsolkas, correct?

16        A.   Yes.

17        Q.   Other than what's captured in that video do

18   you remember hearing Deputy Sumner saying anything at

19   all that day?

20        A.   I don't.  I don't remember him.  I remember a

21   lot of screaming, you know, but I don't remember

22   necessarily his voice.

23        Q.   Who was screaming?

24        A.   Me.  I was screaming.  I was like let him

25   free, let him free and then I used a profanity.  I
```

20

1    said, let him go fuckers, and that's what's in the

2    video.

3        Q.    Do you remember other than what you captured

4    on your video, do you remember seeing Deputy Sumner do

5    anything that day?

6        A.    Besides what's in that video?

7        Q.    Yes, ma'am.

8        A.    No, I didn't notice him other than the moment

9    that I saw him on the side of the car with Panagioti

10   moving to the back and then dragged.  That's what I

11   saw.

12       Q.    Where were you when Mr. Tsolkas and Deputy

13   Sumner started walking away from the gray Honda?

14       A.    Between the cars.  Between the truck and the

15   car.  Like, I was following because I wanted to make

16   sure that it was recorded what was happening.

17   Apparently, other people had their cameras out, too.

18   But I was walking between the cars following what he

19   was doing.

20       Q.    Was Mr. Tsolkas walking with Deputy Summer?

21       A.    No.  Uh-huh.  He had already fallen.  What it

22   seemed to me from the video that I saw is that he had

23   his arms like this and twisted it (indicating), and it

24   seemed like at the moment he fell.  He kind of

25   collapsed, Panagioti, and then he dragged him.  He

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

1    dragged him behind the truck and that's when the

2    aggression, I mean, it was already aggressive, but the

3    brutal force happened and he pushed him down on that

4    shoulder as this other officer was walking up.

5        Q.   Do you have any independent recollection of

6    that or are you just telling me what you saw in the

7    video?

8        A.   Yes, I have recollection of him being harmed

9    and pushed to the ground.  What I'm sharing with you

10   is actually what I saw in the video because I wanted

11   to be clear what it was exactly.  But yes, absolutely

12   I had years of thinking about that brutal push to the

13   ground and the puncture to his shoulder.

14        (Wherefore, an off-the-record discussion was

15   held.)

16        MR. CARSON:  James, if you could, just the

17   last maybe four or five digits of the file name so

18   we can be sure.

19        MR. SLATER:  Okay.  It says, 83042_N.  It's

20   45 seconds, Matt.  I'll just run it through.

21        (Whereupon, a video was displayed.)

22   BY MR. CARSON:

23        Q.   Ms. Camp, is that the video we were talking

24   about earlier?

25        A.   Yes.

22

1    Q.   Is that the sum total of the video?  Was

2  there anything captured before or after that when you

3  were making that video?

4    A.   No.

5    Q.   I'm trying to think of an artful way to say

6  this.  Is there anything that you saw that day of that

7  specific incident that was not captured by that video?

8    A.   Yes.  As I'm walking the video kind of goes

9  off to the side because I'm holding it, you know, like

10  if you're recording.  So when I moved the camera back

11  over to where he was on the ground, I witnessed the

12  pushing down and I was by that point super emotional

13  as you can tell as I'm screaming because I'm like why

14  are you arresting my friend obviously and he hadn't

15  done anything.  So I have all this emotion going.  I'm

16  running after like what's happening.  So yes, there is

17  the point where my camera comes back and he's already

18  on the ground, but I saw him push him down very

19  distinctly.

20    Q.   How was Mr. Tsolkas situated?  How was his

21  body when he was allegedly pushed to the ground?

22    A.   Well, he was being dragged.  His legs were

23  kind of behind him, so when he got pushed down it was

24  face first.

25    Q.   So your testimony is is that the moment

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

23

1    Deputy Sumner allegedly pushed Mr. Tsolkas

2    Mr. Tsolkas's legs were being dragged?

3         A.   His legs were behind him, yes.  He was being

4    dragged is what I recall from that because he wasn't

5    walking.  I don't remember him walking.  We can watch

6    the video again.  But yes, I don't remember him

7    walking.  I remember him being dragged.

8         Q.   Yeah.  And the reason I'm asking you all

9    this, ma'am, is because just watching that video now

10   it doesn't look like you caught the specific part

11   where-

12        A.   Yeah, when they were going through all of the

13   videos this one wasn't chosen because it didn't have

14   the exact moment.

15        Q.   So let me make sure I understand what you

16   recall seeing then.

17        A.   Mm-hmm.

18        Q.   Mr. Tsolkas is not walking.  Mr. Tsolkas is

19   being dragged.  Is it accurate to say that his body is

20   nearly parallel to the ground?

21             MR. SLATER:  Object to the form.

22   BY MR. CARSON:

23        Q.   You can answer.

24        A.   He was leaning.  His body was leaning

25   forward, but I wouldn't say it was parallel to the

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

24

1    ground.

2         Q.   I'm not trying to question your education.

3    It's been awhile since I took math.  Can you tell me

4    what degree angle he was from the ground?

5         A.   When he was being pushed down?

6         Q.   Yes, ma'am.

7         A.   90-degree would be an L, right?

8         Q.   90-degree would be standing straight up.

9    0-degree would be he's all the way flat on the ground.

10        A.   I would say somewhere between 45 and 90.  He

11   was being dragged, so he was leaning forward.  So I

12   would say- gosh, I don't know.  Like 70.

13        Q.   What did you see that made you believe he was

14   being pushed to the ground?

15        A.   The way that he was pushed to the ground,

16   like, it was with a rigorous, violent force.  It was a

17   push down.  It wasn't that he fell to the ground.

18        Q.   What part of Mr. Tsolkas's body did Deputy

19   Sumner push?

20        A.   It's seemed like the left shoulder is where

21   he hit the ground.

22        Q.   I understand.  What part of Mr. Tsolkas's

23   body did Deputy Sumner allegedly push?

24        A.   He had him from the back, so he pushed from

25   the back side of his body.

25

1    Q.   But did he push him at the head?  Did he push

2    him on his rear end?

3    A.   That part of the testimony I'm just going to

4    have to say I honestly don't remember.  I know it was

5    from the back side.

6    Q.   What physical contact did Deputy Summer have

7    with Mr. Tsolkas before this alleged push?

8    A.   I'm sorry.  What did he what?

9    Q.   Was there any physical contact between Deputy

10   Sumner and Mr. Tsolkas before this alleged push?

11   A.   Absolutely.  From the moment that he was on

12   the side of the car he was on the back of the Honda

13   when he was arresting him or putting his hands in

14   cuffs and then he was pulled around.

15   Q.   And I appreciate your response.  I'm talking

16   about the one second before he was allegedly pushed

17   was there physical contact and can you describe the

18   physical contact between Deputy Sumner and Mr. Tsolkas

19   at that time?

20   A.   No.  Honestly, no, because I have everything

21   documented up to that very point and that's the reason

22   why they didn't want to use my video.  But from what I

23   remember my video being here and me turning it was

24   that I saw the push going down.  I remember that in my

25   mind, so whatever happened in that literally maybe two

26

1    seconds I don't know.  And there will be many other

2    videos and people can speak on that.

3         Q.    That's why I'm asking you, ma'am, is because

4    I've watched the other videos and I'm trying to find

5    out what you remember about this alleged push.  But I

6    don't believe your video captures any sort of push and

7    so I'm trying to understand if we go to trial and

8    you're called as a witness and you're on the stand,

9    I'm going to ask you to describe how did Deputy Sumner

10   push Mr. Tsolkas and I need to know what your answer

11   is going to be.

12        A.    From behind.

13             MR. SLATER:  I'm going to object to your

14        characterization of the video, Matt.

15             MR. CARSON:  That's fine.

16   BY MR. CARSON:

17        Q.    But you don't remember what the physical

18   contact was, what the touch was between Deputy Sumner

19   and Mr. Tsolkas immediately prior to this push,

20   correct?

21        A.    Not in that one second.  I saw it up until

22   that two seconds that's not recorded and in that

23   moment I did see him holding him from the back side.

24   That's where he was holding, you know, because he had

25   him in cuffs.

27

1      Q.   Got you.  Anything else you remember from

2   that day that you think will be important for us to

3   know?

4      A.   I think the most pressing and important part

5   is that this was excessive force.  I do know I

6   witnessed it and I know that the kids saw it.  I know

7   everyone around saw it.  It was brutal and that's what

8   I really want to continue to emphasize is that law

9   enforcement needs to have accountability when they

10   mistreat and they go above and beyond the amount of

11   force that's needed.

12         MR. CARSON:  All right.  I don't have any

13      further questions for you, ma'am.

14         MR. SLATER:  None for me.

15         MR. CARSON:  Ms. Camp, in the event the

16      transcript of your deposition is ordered you have

17      the opportunity to get a copy of that, go through

18      it and make sure that all your answers were

19      recorded correctly.  You can also waive that

20      right, but we do ask that you make that decision

21      now while we're all here together.

22         If you say you'd like to read then the court

23      reporter will make arrangements to give you a copy

24      of your transcript to review and you'll have

25      30 days to go through it and note any mistakes or

28

1    errata and there won't be any cost to you.

2         THE WITNESS:  I would like to read.  It's

3    ██████████████████████████.

4         (Whereupon, the deposition was concluded at

5    10:41 a.m., and reading and signing was not

6    waived.)

29

1                           CERTIFICATE OF OATH

2

3      STATE OF FLORIDA  )

4      COUNTY OF LEON    )

5

6          I, the undersigned authority, hereby certify that

7      the witness named herein appeared via videoconference

8      and was duly sworn.

9          WITNESS my hand and official seal this 24th day of

10     October 2024.

11

12

13

14

15

16     _____
       *Doreen Mannino*
       Doreen M. Mannino
17     Notary Public - State of Florida
       Commission No. HH 307006
18     Expires:  November 28, 2026

19

20

21

22

23

24

25

30

1           REPORTER'S DEPOSITION CERTIFICATE

2

3     STATE OF FLORIDA  )

4     COUNTY OF LEON    )

5

6         I, Doreen M. Mannino, Court Reporter and Notary

7     Public in and for the State of Florida, hereby certify

8     that the witness appeared via videoconference for the

9     taking of the foregoing deposition, and that I was

10    authorized to and did stenographically and

11    electronically report the deposition, and that the

12    transcript is a true and complete record of my

13    stenographic notes and recordings thereof.

14        I FURTHER CERTIFY that I am neither an attorney,

15    nor counsel for the parties to this cause, nor a

16    relative or employee of any attorney or party

17    connected with this litigation, nor am I financially

18    interested in the outcome of this action.

19        DATED THIS 23rd DAY of December 2024 at

20    Tallahassee, Leon County, Florida.

21

22

23

24    _____
                 *Doreen Mannino*
                Doreen M. Mannino

25

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

31

1                        **ERRATA SHEET**

2     DEPOSITION OF BRACKIN CAMP
      CASE NO.:  3:23-CV-01428-WWB-PDB
3     OCTOBER 24, 2024

4     Page      Line         Change

5     ____      _____      _____

6     ____      _____      _____

7     ____      _____      _____

8     ____      _____      _____

9     ____      _____      _____

10    ____      _____      _____

11    ____      _____      _____

12    ____      _____      _____

13    ____      _____      _____

14    ____      _____      _____

15    ____      _____      _____

16    ____      _____      _____

17    ____      _____      _____

18    ____      _____      _____

19    ____      _____      _____

20    ____      _____      _____

21    Under penalties of perjury, I declare that I have read
      the foregoing document and that the facts stated in it
22    are true.

23

24    _____          _____
      Date                    Signature of Deponent
25

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491