## AFFIDAVIT OF KAITHLEEN HERNANDEZ

On this day personally appeared before me, the undersigned authority, Kaithleen Hernandez, who, after being first duly sworn, says:

1. My name is Kaithleen Hernandez. I am over the age of 21 and am competent to make this affidavit. This affidavit is based on my personal knowledge. If called as a witness, I could and would testify competently to the facts in this affidavit.

2. On December 6, 2020, I participated in a demonstration near the entrance of Florida State Prison in Raiford, Florida.

3. Peter (Panagioti) Tsolkas was also present at that demonstration.

4. At a certain point in time, law enforcement officers arrived and ordered us to return to our cars and leave the area.

5. At one point after that announcement, I personally witnessed the officer, whom I now know is Deputy Dalton Sumner, place Panagioti under arrest, putting his hands behind his back and cuffing him. While Panagioti was being handcuffed, I began to film the scene on my iPhone 10, focusing directly on Panagioti and Deputy Sumner.

6. While recording, I began to approach Panagioti and Deputy Sumner.

7. As Deputy Sumner began to take Panagioti away, I continued to follow them, filming them while speaking and then exclaiming "what are you doing, that's violent, that's violent, let him go." I captured Deputy Sumner drag Panagioti and then violently shove him to the ground while his hands were cuffed behind his back.

8. I then continued to film what was happening at the scene on my cell phone, recording a total of 1 minute and 34 seconds of footage.

9. The footage taken on my cell phone was given the file name "Video Dec 06 2020, 4 28 26 PM.mov."

10. I certify that the video file "Video Dec 06 2020, 4 28 26 PM.mov" has not been edited, enhanced, amended, magnified, or retouched in any way.

11. I further certify that the cell phone I used to take the video footage that was saved as "Video Dec 06 2020, 4 28 26 PM.mov" was functioning correctly when the footage was taken on December 6, 2020.

12. I further certify that no reason exists to doubt or suspect the truth or reliability of the video footage captured as "Video Dec 06 2020, 4 28 26 PM.mov."

13. I am executing this affidavit to attest to the truth of the foregoing facts.

Dated: 21/Dec/2023

By: _____
Kaithleen Hernandez

State of Georgia
County of Fulton

Sworn to (or affirmed) and subscribed before me this 21 day of December, 2023 by Kaithleen Hernandez.

(NOTARY SEAL)

_____
Printed Name: Yazmin M Ivory

[Notary seal: YAZMIN M IVORY, NOTARY PUBLIC, GEORGIA, FULTON COUNTY, EXPIRES 10/21/2024]

Personally Known _____ OR Produced Identification ✓

Type of Identification Produced: Georgia Drivers License

2