UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| Peter (Panagioti) Tsolkas,<br><br>    Plaintiff,<br><br>v.<br><br>Deputy Dalton Sumner,<br><br>    Defendant. | Case No. 3:23-cv-01428-WWB-PDB |

### DECLARATION OF JAMES M. SLATER

I, James M. Slater, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am counsel of record in this case for Plaintiff Peter (Panagioti) Tsolkas.

2. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

3. The purpose of this declaration is to annex discovery documents to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment. [ECF No. 23].

4. Attached as Exhibit A is a true and correct copy of Bradford County Sheriff's Office Standard Operating Guidelines on Civil Disturbances/Mass Arrests effective as of April 15, 2009, which was provided by the Bradford County Sheriff's Office and used during the Deposition of Deputy Sumner.

5. Attached as Exhibit B is a true and correct copy of Plaintiff's Response to Deputy Sumner's First Set of Interrogatories.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 31, 2024 in Atlanta, Georgia.

_James M. Slater_