# Exhibit A

| BRADFORD COUNTY SHERIFF'S OFFICE<br>BRADFORD COUNTY, FLORIDA<br>STANDARD OPERATING GUIDELINES | NUMBER:<br>MB 139 |
|---|---|
| BUREAU:<br>MULTI BUREAU | DISTRIBUTION:<br>ALL PERSONNEL |
| PAGES:<br>6 | EFFECTIVE DATE:<br>04/15/09<br>Revised:<br>Reviewed: 06/06/13, 05/20/14 |
| SUBJECT:<br>CIVIL DISTURBANCES/MASS ARRESTS | ANNUAL REVIEW DATE<br>BY: 05/20/15 |

CFA #:     3.01 M, 20.01 M, 30.18
FCAC #:   2.03 M

This guideline will be reviewed on an annual basis by the Operations Bureau Director or designee.

CFA 3.01M,C<br>FCAC 2.03 M

**GUIDELINE**: Civil disturbances and mass arrests will be accomplished according to law and this guideline.

CFA 20.01 M,L

**I. GENERAL:**

**A.** During civil disturbance incidents, the Bradford County Sheriff's Office will continue to enforce Florida law and county ordinances following the same guidelines for normal situations. When mass violations occur, a judicious use of discretion in enforcement may be necessary due to the number of violators and law enforcement personnel present. Decisions concerning this issue will be made only by the Sheriff, or a designee.

**B.** Deputies will not engage in demonstration-related discussion with participants. They will conduct themselves in a manner that conveys an attitude of neutrality, and will be courteous and professional in their actions.

**C.** Supervisors will attempt communications with demonstration leaders to facilitate negotiations and maintain the peace. If demonstration leaders refuse to communicate and they violate the law, they will be the first to be arrested.

**D.** Supervisors will ensure that lines of communications remain open to all levels in the chain of command and that affected members are kept informed.

**II. DUTIES AND RESPONSIBILITIES:** The duties and responsibilities that follow are in addition to those listed in the Standard Operating Guideline indexed as Unusual Occurrences.

**A. Deputies:** Deputies will respond to civil disturbances with all issued equipment. The incident commander will assign specific job tasks, which may include:

    **1.** Make arrests;

    **2.** Provide security at the command post, public facilities, and other locations;

    **3.** Traffic control; and

    **4.** Other duties as required.

  **B. Incident Commander:** The incident commander will:

    **1.** Establish a command post and staging area as needed;

    **2.** Prepare/obtain situational maps;

    **3.** Compile and disseminate tactical and intelligence information to include:

      a. Estimated number of disturbance participants;

      b. Weapons involved; and,

      c. Hostages involved.

    **4.** Arrange for security at public facilities, as needed.

    **5.** Divert traffic from the area and prevent entry by the public.

    **6.** Consult with the State Attorney's Office as needed.

**C. Communications Section:** The Communications Section will make necessary call out notifications at the direction of the incident commander. A dispatcher will be assigned to monitor emergency radio traffic for any requests for additional assistance.

**D. Public Information:** A designated Public Information Officer (PIO) will respond to the field command post to establish media relations. Media representatives will not be authorized access into a disturbance area until order has been restored.

**E. Special Response Team (SRT):** The Special Response Team will respond to the field command post with issued equipment. The SRT supervisor will report to the incident commander and provide assistance as directed.

**F. Other Law Enforcement and Military Support:** Law enforcement and military support will be obtained as provided by statute and interagency agreement. Law enforcement personnel who report for assignment may be allowed to work as an independent squad to maintain agency integrity. However, a Sheriff's Office supervisor will be assigned as squad leader. Personnel reporting in less than squad strength will be integrated into a Sheriff's Office squad.

**III. RESPONSE TO RESISTANCE:** Any application of force must conform to the guidelines outlined in the Standard Operating Guidelines indexed as Response to Resistance. All authorizations, directions, and applications concerning the response to resistance will be included in the Incident Commander's after-action report. Orders to discontinue response to resistance and the times such orders were given

should be included.

**A.** The incident commander should consider the following order of application when determining the level of force to authorize when managing a crowd. (The incident commander may bypass one or several levels immediately, based on the resistance encountered.)

1. Show of force;

2. Ultimatum to disperse and leave or face arrest;

3. Use of tactical formations;

4. Use of chemical agents by specially trained, authorized members. (Oleoresin Capsicum spray carried by deputies is not a chemical agent.); and

5. Use of baton.

**B. PERIMETER:** The incident commander may establish a perimeter to isolate an area due to actual or potential unlawful activity. Residents, employees, business owners, and other persons having business of an emergency nature, will not be barred from the area, unless their safety would be jeopardized or entry would interfere with police operations.

**C. Warnings:** When the incident commander determines that the participants are unlawfully, riotously, or tumultuously assembled in violation of F.S. 870.04, the following proclamation must be issued before an arrest for unlawful assembly is made: **"In the name of the State of Florida, I command you to immediately and peacefully leave this area and disperse."**

1. Warnings will be made from stationary vantage points that are observable by the crowd or to a large number of participants. Additional warning will be given from public address systems in police vehicles that move around the crowd. The warning will be given at an amplitude and repetition to be heard by the entire assemblage.

2. The number of warnings given, the methods used, the intervals between warnings, and the interval between the final warning and any order to arrest will be documented in the incident log. Pictorial documentation of available exit routes and the exits used by any persons should be included.

**D. Arrests:** The incident commander will direct that violators be arrested if the crowd refuses to disperse after a reasonable time following the final warning.

1. Law enforcement personnel should be assembled within the outer perimeter area, out of sight of the crowd, and marched in military fashion into the critical area. (The geography may require the use of a vehicle convoy.) This operation should be executed as a well-organized tactic. Deputies should give the appearance of a well-prepared, adequately equipped, and highly disciplined force.

2. A "wedge" formation will be used as the preferred method for crowd control. Deputies who are designated to effect arrests will remain in the "V" formed by the wedge. (Special Response Team members should be considered for this purpose.) The squad supervisor will inform members of the appropriate charge(s) and direct the arrest of selected participants who are in violation of the law.

3. If an arrestee is seated and agrees to walk, he or she will be led from the crowd to the transport vehicle by the arresting deputy. Two or more deputies will carry an arrestee who is seated and

refuses to walk.

## IV. IDENTIFICATION AND BOOKING:

**A.** Identification and booking teams will be assembled to process arrestees. Team members may be drawn from any agency division. Team members will have access to the mass arrest kits and any other portable booking kits.

   1. Identification and Booking teams will ensure that no arrestee is released until the arrestees' identity has been established.

   2. Deputies may be assigned to provide security for the team members.

**B.** Arresting deputies are responsible for completing Arrest Affidavits. Identification and Booking teams will process the affidavits and maintain the paperwork until all arrestees have been processed. The deputy's copy of the affidavit will be sent to the Incident Commander for distribution.

**C.** Juveniles taken into custody will be processed as outlined in the Standard Operating Guidelines indexed as Juvenile Offender Procedures. Processing and detention will be conducted in a separate area from adults.

**D. Evidence:** The arresting deputy is responsible for collecting and placing evidence into the Property Evidence Section, unless a secured and monitored evidence receiving area has been established at the temporary facility.

**E. Property:** Arrestee property will be placed in a large envelope or pouch with the arrestee's name and booking number. The envelopes and pouches will be maintained by the Booking and Identification teams.

**F. Documentation:** The Identification and Booking team supervisor will prepare a supplemental report that includes the number of persons processed and the names of arrestees. The supplement report will be routed to the Bureau Director via the chain of command.

**G. Temporary Processing Center:** The Sheriff may authorize the use of a temporary processing center for mass arrest situations. Consideration will be given to the following:

   1. Facilities that afford arrestee's food, potable water and restrooms;

   2. Medical treatment for arrestee's will be provided by Corrections medical staff, county fire rescue, or by other competent medical treatment facilities in accordance with established Corrections Bureau procedures.

   3. Visitors and defense counsel will not be allowed inside the processing area.

   4. **Security:** Corrections and law enforcement deputies for this purpose.

**H. Transportation:** Corrections transport deputies will transport arrestees from a mass arrest scene to the detention facility or temporary processing center. Arrestee transport will be conducted in accordance with the Standard Operating Guideline indexed as Prisoner Transport and established Corrections Bureau procedures. Law enforcement deputies may be assigned to assist.

## V. EMERGENCY RESPONSE TO CORRECTIONS FACILITY:

**A. Bradford County Detention Facilities:** A riot or emergency that arises in a Sheriff's Office detention facility will be addressed in accordance with established Corrections Bureau procedures. The Corrections Bureau Director, or designee, may request additional assistance from law enforcement deputies. Deputies assigned to assist will be under the command of the Corrections Bureau Director.

**FMJS 2.10 A**

**1.** The detention facility member assigned as the tactical operations supervisor will coordinate law enforcement deputy response with the on duty supervisor.

**2.** Law enforcement deputy responsibilities may include:

a. Exterior security to prevent escapes;

b. Interior security of any unaffected areas;

c. Investigation of crimes committed during the disturbance; and,

d. Arrest of criminal offenders.

**B. Other Institutions:** The Sheriff may authorize deputies to provide law enforcement assistance for riots or disturbances at other institutions, to include the Bradford Correctional Institute. Unless otherwise directed by the Sheriff, deputy assistance will be limited to:

**1.** Exterior perimeter security;

**2.** Traffic direction and control; and,

**3.** Escapee search.

## VI. POST OCCURRENCE DUTIES:

**A.** Deputies will be released from the area of disturbance when the incident commander determines that resurgence is unlikely. Field deputies may be required to complete supplemental reports.

**B. After Action Report:** The incident commander will submit an after action report to the Sheriff. The report should include comments concerning the execution of the Civil Disturbance/Mass Arrest plan.

## VII. GLOSSARY:

<u>CIVIL DISTURBANCE</u> - An interruption or disruption of normal activities by a group or gathering of people.

<u>FLEXCUFFS</u> - A wire reinforced, plastic band with a locking device that permits the strip to be formed into a loop and irreversibly tightened over the wrists. Only commercially manufactured flexible handcuffs, specifically designed for this purpose will be used. Pipe and wire straps are not authorized and will not be used.

<u>FLORIDA MUTUAL AID ACT</u> - F.S. 23.12 defines the policy and purpose of mutual aid agreements for the occurrence of manmade or natural disasters, emergencies, and other law enforcement problems to include those that cross jurisdictional lines.

<u>RIOT</u> - A wild, turbulent, or violent disturbance of the public peace by three or more persons assembled for a common private purpose.

Approved

_____
Gordon Smith, Sheriff
Bradford County, Florida