MILESTONE I REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CASE NO.: 3:23-cv-1428-WWB

**ORIGINAL**

PETER (PANAGIOTI) TSOLKAS,

Plaintiff,

V.

DEPUTY DALTON SUMNER,

Defendant.

DEPONENT:   DEPUTY DALTON SUMNER
DATE:       OCTOBER 7, 2024
REPORTER:   LANNAH TEAGUE

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

```
 1                        APPEARANCES

 2  ON BEHALF OF THE PLAINTIFF, PETER (PANAGIOTI) TSOLKAS:
    James M. Slater, Esquire
 3  Slater Legal, PLLC
    113 South Monroe Street
 4  Tallahassee, Florida 32301
    Telephone No.: (305) 523-9023
 5  E-mail: james@slater.legal
    (Appeared via videoconference)
 6
    And
 7
    Joshua Tarjan, Esquire
 8  The Tarjan Law Firm, P.A.
    12372 Southwest 82 Avenue
 9  Pinecrest, Florida 33156
    Telephone No.: (305) 423-8747
10  E-mail: josh@tarjanlawfirm.com
    (Appeared via videoconference)
11
    ON BEHALF OF THE DEFENDANT, DEPUTY DALTON SUMNER:
12  Matthew Joseph Carson, Esquire
    Sniffen & Spellman, P.A.
13  123 North Monroe Street
    Tallahassee, Florida 32301
14  Telephone No.: (850) 205-1996
    E-mail: mcarson@sniffenlaw.com
15  (Appeared via videoconference)

16

17

18

19

20

21

22

23

24

25
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                           INDEX

 2                                                  Page

 3  PROCEEDINGS                                     5

 4  DIRECT EXAMINATION BY MR. SLATER                6

 5  CROSS-EXAMINATION BY MR. CARSON                 84

 6

 7                         EXHIBITS

 8  Exhibit                                         Page

 9     1       FIBRS Incident Report                19

10     2       Deputy Sumner's Bodyworn Camera      27

11             Footage

12     3       Dec 06, 2020, 4 28 26 PM             49

13     4       Limits Of Authority                  58

14     5       Mass Arrests Policy                  60

15     6       Response To Resistance               74
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1                    STIPULATION
 2

 3  The deposition of DALTON SUMNER was taken at MILESTONE
 4  REPORTING COMPANY, 315 EAST ROBINSON STREET, SUITE 510,
 5  ORLANDO, FLORIDA 32801, via videoconference in which all
 6  participants attended remotely, on MONDAY the 7th day of
 7  OCTOBER 2024 at 10:02 a.m. (ET); said deposition was
 8  taken pursuant to the FEDERAL Rules of Civil Procedure.
 9
10  It is agreed that LANNAH TEAGUE, being a Notary Public
11  and Court Reporter for the State of FLORIDA, may swear
12  the witness and that the reading and signing of the
13  completed transcript by the witness is not waived.
14
15
16
17
18
19
20
21
22
23
24
25
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1              PROCEEDINGS
 2         THE REPORTER:  The time is 10:02 a.m.  We are
 3    now on the record.  Will all parties except for the
 4    witness please state your appearance, how you are
 5    attending, and your location?
 6         MR. SLATER:  This is James Slater on behalf of
 7    Plaintiff, Peter Panagioti Tsolkas.  I'm appearing
 8    virtually from Atlanta, Georgia.
 9         MR. TARJAN:  This is Josh Tarjan.  I'm Mr.
10    Slater's co-counsel, and I'm appearing from Miami.
11         MR. CARSON:  And I'm Matt Carson.  I'm with
12    Sniffen & Spellman.  I'm in Tallahassee, Florida,
13    and we represent Dalton Sumner.
14         THE REPORTER:  Thank you all.  Mr. Sumner,
15    will you please state your full name for the
16    record?
17         THE WITNESS:  Dalton Sumner.
18         THE REPORTER:  Thank you, sir.  Mr. Sumner,
19    will you please hold up your ID to the camera?
20    Thank you, sir.  Do all parties agree that the
21    witness is, in fact, Mr. Sumner?
22         MR. SLATER:  Yes.
23         MR. CARSON:  Yes.
24         THE REPORTER:  Thank you.  Mr. Sumner, will
25    you please raise your right hand for me?  Thank
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1          BY MR. SLATER:
 2     Q.   All right.  Okay.  So Mr. Sumner, I'm going
 3  to show you what we'll mark -- what -- well, I guess
 4  we're not going to even mark this as an exhibit.  So
 5  I'm just going to show you your interrogatory
 6  responses, and it's about 12 pages long.  And as your
 7  Counsel and I just indicated, it -- the copy I have is
 8  not verified.
 9     A.   Okay.
10     Q.   But have you seen this document before?
11     A.   Yeah, I have -- I have a list of documents.
12  I'd have to read over it and see if I recall it.
13     Q.   Okay.  That's fine.  This is a series of
14  questions that we asked you to answer under oath.  For
15  example, identifying the names of folks with knowledge
16  in this case.  And here, for instance, number 2, that's
17  what we asked.  And you reference our client, yourself,
18  Sargent Cullender, and then a Captain Woods.  Do you
19  see that?
20     A.   Yes, sir.
21     Q.   All right.  What information does Captain
22  Woods have that would be relevant to this lawsuit?
23     A.   I'm not sure.  I -- I've never personally
24  spoke to a Captain Woods that I recall.
25     Q.   Okay.  All right.  And then, let's see.  One
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  second.  I'm just going to go -- I want to ask you
2  about number six.  This asks about who you spoke with
3  about the incident, and three hours, you know, three
4  hours before or after the incident, et cetera.  And you
5  referenced getting a call when you ran his name, and I
6  assume through NCIC?  You got a call from the Feds?
7      A.   Yes, sir.  From an FBI agent.
8      Q.   It says here, it says -- yeah, it says here,
9  "I don't recall any other information about the call.
10 Just that they called."
11     A.   Yes, sir.
12     Q.   Okay.  Sitting here today, do you remember
13 anything about that call?
14     A.   No, sir.  I just know I spoke with an FBI
15 agent.
16     Q.   Okay.  Okay.  I'm just going to close this
17 out. All right.  I want to show you now what we
18 previously marked as Exhibit 1.
19          MR. SLATER:  And before I actually -- step
20     back -- before I get into that, could we go off the
21     record? Let's go off the record, Court Reporter.
22          THE REPORTER:  Okay.  The time is 11:38 a.m.,
23     we are off the record.
24          (OFF THE RECORD)
25          THE REPORTER:  The time is 11:38, we are back

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF ORANGE

   I, the undersigned, certify that the witness in the foregoing transcript personally appeared before me and was duly sworn.

Identification:  Produced Identification

_____

LANNAH E. TEAGUE

Court Reporter, Notary Public

Commission Expires: 08/12/2028

Commission No. HH 581172

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

C E R T I F I C A T E

I, LANNAH E. TEAGUE, Court Reporter and Notary Public, do hereby certify that I was authorized to and did report the foregoing proceeding, and that said transcript is a true record of the said proceeding.

I FURTHER CERTIFY that I am not of counsel for, related to, or employed by any of the parties or attorneys involved herein, nor am I financially interested in said action.

Submitted on: October 16, 2024.

*Lannah Teague*
_____
LANNAH E. TEAGUE
Court Reporter, Notary Public

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS