UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PETER TSOLKAS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 24-2318 (BAH) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) | |
| Defendant. | ) ) ) | |

## JOINT STATUS REPORT

The parties, by and through counsel, respectfully file this Joint Status Report. This is a Freedom of Information Act ("FOIA") matter involving a FOIA request that Plaintiff submitted to the Federal Bureau of Investigation (hereinafter "FBI") for records that mention Plaintiff. Plaintiff filed the Complaint on August 8, 2024 (ECF No. 1) and FBI filed its Answer on September 13, 2024 (ECF No. 6).

## THE STATUS OF PLAINTIFF'S FOIA REQUEST

Plaintiff submitted a FOIA request to the FBI on May 6, 2024, that sought records about Plaintiff stemming from a local arrest and a supposed call between local police and the FBI. As previously reported, the FBI reports that it has completed some searches for potentially responsive records and that Plaintiff requested additional searches following narrowing discussions.

Today, the FBI reports that it has completed the additional searches and has sent Plaintiff a no records response on January 13, 2025. The parties have conferred over a resolution of this case, and Plaintiff has requested that the FBI provide Plaintiff with a search declaration. The FBI reports that it can do so by April 24, 2025.

## PROPOSED NEXT JOINT STATUS REPORT

The parties respectfully propose that the parties submit another Joint Status Report on or

before May 8, 2025—if a stipulation of dismissal is not filed before.  A proposed order is attached

for the Court's convenience.

Dated: January 24, 2025
      Washington, DC

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater
D.C. Bar #1044374
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. 404-458-7283
james@slater.legal

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*Attorneys for Plaintiff*

By:       */s/ Stephen DeGenaro*
     STEPHEN DEGENARO
     D.C. Bar #1047116
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     Telephone: (202) 252-7229
     stephen.degenaro@usdoj.gov

*Attorneys for the United States of America*