**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PETER TSOLKAS,

        Plaintiff,

v.                                                  Case No.: 3:23-cv-1428-WWB-PDB

DALTON SUMNER,

        Defendant.
_____/

## **ORDER**

On November 8, 2024, the Chief Justice of the United States Supreme Court designated and assigned Senior Judge William G. Young of the United States District Court for the District of Massachusetts to perform judicial duties in the Middle District of Florida during the period of January 1, 2025, through June 30, 2025, and for such time as needed thereafter as required to complete unfinished business. As such, and with the consent of Judge Young who has agreed to assist the Middle District of Florida, this case is hereby reassigned to Judge Young **for the resolution of dispositive motions**.

The case remains set for a pretrial conference on April 8, 2025, and a jury trial **before the undersigned** on the May 2025 trial term, under the Case Management and Scheduling Order (Doc. 18) absent further order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida on March 10, 2025.

 

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record