UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PETER (PANAGIOTI) TSOLKAS,<br><br>　　Plaintiff,<br><br>v.<br><br>DEPUTY DALTON SUMNER,<br><br>　　Defendant. | Case No. 3:23-cv-01428-WWB-PGB |

**Joint Motion for Leave to Conduct Pretrial Attorney Meeting Remotely**

The parties jointly request that they be permitted to conduct the pretrial attorney meeting via Zoom or similar means in lieu of the requirement to meet in person. [*See* ECF No. 18 at 2 (requiring counsel to meet in person to prepare the joint pretrial statement by March 28, 2025)]. As grounds, the parties state:

1.   This matter is set for trial in Jacksonville Division during the trial term beginning on May 5, 2025. [*Id.* at 2; ECF No. 31]. And the Court has set a hearing on Defendant's motion for summary judgment on March 31, 2025. [ECF No. 33].

2.   To prepare for the trial scheduled for the May 5, 2025 trial term, by March 28, 2025, the parties are required to meet in person to prepare the joint pretrial statement. [ECF No. 18 at 2].

3.   Neither counsel resides within the Division. Plaintiff's lead counsel, who would attend the conference, resides in and works from Atlanta, Georgia;

plaintiff's other counsel is located in Miami, Florida; and defense counsel is located in Tallahassee, Florida.

4. Given other pending matters and that Plaintiff's lead counsel must be at home in Atlanta from March 26 through March 28 for a planned surgical procedure for his son, the parties respectfully request that they be permitted to conduct the pretrial attorney meeting remotely.

5. Counsel have litigated other matters together and have conducted other pretrial attorney meetings remotely. Given that counsel anticipate being able to be productive to prepare remotely, and given the difficulties presented by travel during a period where Plaintiff's counsel's availability is limited, the parties respectfully request that they be permitted to conduct the attorney meeting by Zoom or similar technology.

WHEREFORE the parties jointly request that they be permitted leave to conduct the attorney meeting set forth in the Scheduling Order by videoconference.

Dated: March 13, 2025

Respectfully submitted,

/s/ James M. Slater
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, GA 30345
james@slater.legal
Tel. (305) 523-9023

/s/ Matthew J. Carson*
Matthew J. Carson (FBN 0827711)
Sniffen & Spellman, P.A.
123 North Monroe Street
Tallahassee, Florida 32301
mcarson@sniffenlaw.com
Tel. (850) 205-1996

*Attorneys for Deputy Sumner*

Joshua Tarjan (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, Florida 33156
josh@tarjanlawfirm.com
Tel. (305) 423-8747

*Attorneys for Plaintiff Peter Tsolkas*

\*Signed by James Slater with express written permission.