UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PETER (PANAGIOTI) TSOLKAS,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY DALTON SUMNER,<br><br>    Defendant. | Case No. 3:23-cv-01428-WWB-PDB |

### Plaintiff's Notice of Supplemental Authority

Pursuant to Local Rule 3.01(j), Plaintiff Peter (Panagioti) Tsolkas provides the following supplemental authority in support of his opposition to Defendant Sumner's motion for summary judgment (Doc. 23).

    1.    <u>New authority</u>: *Castro-Reyes v. City of Opa-Locka*, No. 24-12307, — F.4th —, 2026 WL 318559 (11th Cir. Feb. 6, 2026).

    2.    <u>The above-cited authority supplements the following argument</u>: On pages 12, 13, and 22 of the motion for summary judgment, Defendant Sumner argues that the video footage provided in this case shows—without contravention—that (1) Plaintiff fell—rather than Defendant Sumner pushing him to the ground—and (2) Defendant Sumner tried to prevent Plaintiff from falling to the ground.

    3.    <u>Succinct quotations from the new authority from the Eleventh Circuit</u>:

"The parties hotly dispute what those videos show: […] That dispute is understandable because, at times, the videos do not paint the entire picture and contain ambiguities that are subject to interpretation. These ambiguities are at the heart of the parties' dispute, and it therefore bears repeating that we construe any ambiguities within the body camera videos in [plaintiff's] favor. […] We additionally consider other evidence. Namely, (1) in his deposition, Perez testified that [plaintiff] never kicked or struck the officers; and (2) family members stated to police at the scene and in depositions that [plaintiff] was not violent. Further, the body camera videos, construed in favor of [plaintiff], do not contradict the family members and would support a jury finding that [plaintiff's] resistance was de minimis and, at times, non-existent." *Castro-Reyes*, 2026 WL 318559, at *11.

Dated: February 7, 2026

                                          Respectfully submitted,

                                          */s/ James M. Slater*
                                          James M. Slater (FBN 111779)
                                          Slater Legal PLLC
                                          2296 Henderson Mill Rd NE #116
                                          Atlanta, GA 30345
                                          james@slater.legal
                                          Tel. (404) 458-7283

                                          Joshua Tarjan (FBN 107092)
                                          The Tarjan Law Firm P.A.
                                          12372 SW 82 Avenue
                                          Pinecrest, Florida 33156
                                          josh@tarjanlawfirm.com
                                          Tel. (305) 423-8747

                                          *Attorneys for Plaintiff Tsolkas*