```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
```

|  |  |
|---|---|
| PETER TSOLKAS, ) ) ) ) Plaintiff, ) ) v. ) ) DALTON SUMNER, in his individual ) capacity, ) ) ) ) Defendant. ) ) | CIVIL ACTION No. 3:23-cv-01428-WGY-PDB |

YOUNG, D.J.[1]                                             February 26, 2026

**JUDGMENT**

      In accordance with the Court's Memorandum and Order, docket number #38: Final judgment is entered in favor of the defendant.

**SO ORDERED.**

                                          /s/ William G. Young
                                            WILLIAM G. YOUNG
                                            DISTRICT JUDGE

---

[1] Of the District of Massachusetts, sitting by designation.